UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6517

NGM INSURANCE COMPANY,

**Plaintiff**

-v-

BLAKELY PUMPING, INC. et al.

**Defendant**

Case No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _plaintiff_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

MAIN STREET AMERICA ASSURANCE the corporate parent of plaintiff.

Date: 7/19/07

Signature of Attorney
BRILL & ASSOCIATES, P.C.
Attorney Bar Code: HB3040
111 John St., St 1070
New York, New York 10038
(212) 374-9101

Form Rule7_1.pdf