| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF NEW YORK | INDEX/CASE # : 07 CV 6517<br>Date Filed: July 19, 2007<br>Court Date: |

*NGM Insurance Company,*

vs

*Blakely Pumping, Inc. d/b/a Assential Pumping, et. al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:   **AFFIDAVIT OF SERVICE**

_____Robert J. Letus_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____July 30, 2007_____ at _____7:14 p.m._____, at _____21 Tall Oaks Drive, Kingston, NY 12401_____, deponent served the within Summons in a Civil Action and Complaint

on: _____Peter J. Slingerland_____, _____Defendant_____ therein named.

**#1 INDIVIDUAL** [x] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY/AGENT** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ thereof, and said person was authorized to accept service on behalf thereof.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode / last-known residence.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy thereof to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode/last-known residence. Due diligence/previous attempts made are as follows:

Address confirmation:

**#5 MAIL COPY** [ ] On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ] Additional mailing was also sent on same date by Certified Mail.

**#6 DESCRIPTION** [x] A description of the recipient (person to whom the papers were given) is as follows:
(use with #1, 2 or 3) Sex: Male  Color of skin: White  Color of hair: Gray  Age: 54-65  Height: 5/9-5/11
Weight: 160-175  Other Features: Glasses

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [x] Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

**#9 OTHER** [ ]

Sworn to before me on _____July 31, 2007_____

*[signature]*
KIM F. LETUS (#4617180)
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 3/30/11

*[signature]*
Robert J. Letus

Invoice•Work Order # 0710026

SAV-ON PROCESS SERVICE, INC., 401 BROADWAY, SUITE 1201, NEW YORK, NY 10013 (TEL: 212-226-3322) WORK ORDER #07019235