STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Souther District of New York

..................................................................................................................

NGM Insurance Company                                                              07 CV 6517
                              against            Plaintiff(s)
Blakely Pumping, Inc., etal., and
Progressive Casualty Insurance Company           Defendant(s)

..................................................................................................................

RE :  Progressive Casualty Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on July 20, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Brill & Associates, P.C.
    111 John Street, Suite 1070
    New York, New York 10038

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    C T Corporation System
    Progressive Casualty Insurance Company
    111 8th Avenue
    New York, New York 10011

*[signature: Salvatore Castiglione]*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, July 23, 2007
416923         C.A.#186398