A063

| UNITED STATES DISTRICT COURT | COUNTY OF | INDEX/CASE # : 07 CV 6517 |
|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | | Date Filed: |
| | | Court Date: |

*NGM Insurance Company,*

vs                                                                                     *Plaintiff(s)/Petitioner(s)*

*Blakely Pumping, Inc. d/b/a Assential Pumping, et. al.,*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:                                    **AFFIDAVIT OF SERVICE**

____Mark McCumber____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ____July 25, 2007____ at ____6:50 p.m.____, at ____133 Piney Point Road, Boiceville, NY 12412____, deponent served the within Summons and Complaint

on: ____Brian J. Blakely____, ____Defendant____ therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ENTITY/AGENT ☐ By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ thereof, and said person was authorized to accept service on behalf thereof.

#3 SUITABLE AGE PERSON ☒ By delivering a true copy of each to ____Steven Blakely (Defendant's father)____ a person of suitable age and discretion. Said premises is recipient's   [ ] actual place of business   [X] dwelling house / usual place of abode / last-known residence.

#4 AFFIXING TO DOOR ☐ By affixing a true copy thereof to the door of said premises, which is recipient's   [ ] actual place of business   [ ] dwelling house / usual place of abode/last-known residence. Due diligence/previous attempts made are as follows:
Address confirmation:

#5 MAIL COPY ☒ On ____July 26, 2007____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ] Additional mailing was also sent on same date by Certified Mail.

#6 DESCRIPTION ☒ A description of the recipient (person to whom the papers were given) is as follows:
(use with #1, 2 or 3) Sex: ____Male____ Color of skin: ____White____ Color of hair: ____Brown____ Age: ____51____ Height: ____5/9-5/11____
Weight: ____180-190____ Other Features: _____

#7 WIT. FEES ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC ☒ Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

#9 OTHER ☐

Sworn to before me on ____July 26, 2007____

KIM F. LETUS (#4617180)
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 3/30/11

Mark McCumber

Invoice•Work Order # 0709467

*Sav-On Process Service, Inc., 401 Broadway, Suite 1201, New York, NY 10013 (Tel: 212-226-3322) Work Order #*