UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NGM INSURANCE COMPANY,

                              Plaintiff,

      -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                              Defendants.
-----------------------------------------------------------------------x

**ANSWER**

Docket No. 07-CV-6517

**HON. JUDGE ROBINSON**

      The defendants, PETER J. SLINGERLAND and NANCY SLINGERLAND, by their attorneys, GOLDSTEIN & METZGER, LLP, answering the Complaint of the plaintiff, respectfully allege as follows:

## JURISDICTION AND VENUE

      1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the Complaint.

      2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "2" of the Complaint.

      3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the Complaint.

      4. Admits the allegations contained in paragraph "4" of the Complaint.

      5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" of the Complaint.

      6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of the Complaint.

      7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of the Complaint.

8. Admits the allegations contained in paragraph "8" of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of the Complaint.

## FACTS

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "10" of the Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11" of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12" of the Complaint.

13. Admits the allegations contained in paragraph "13" of the Complaint.

14. Admits the allegations contained in paragraph "14" of the Complaint.

15. Denies the allegations contained in paragraph "15" of the Complaint.

16. Denies knowledge or information sufficient to form a belief as to the truth regarding the issuance of NGM and Progressive's respective policies, but admits the truth of the remainder of the allegations contained in paragraph "16" of the Complaint.

17. Admits the allegations contained in paragraph "17" of the Complaint.

18. Denies the allegations contained in paragraph "18" of the Complaint.

19. Admits the allegations contained in paragraph "19" of the Complaint.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "20" of the Complaint.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "21" of the Complaint.

22. Admits the allegations contained in paragraph "22" of the Complaint.

23. Admits the allegations contained in paragraph "23" of the Complaint.

24. Denies knowledge or information sufficient to form a belief as to the truth of the

**Goldstein & Metzger, LLP**
**40 Garden Street • Poughkeepsie, NY 12601 • (845) 473-7000**

allegations contained in paragraph "24" of the Complaint.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of the Complaint.

26. Admits the allegations contained in paragraph "26" of the Complaint.

27. Denies the allegations contained in paragraph "27" of the Complaint.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of the Complaint.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "29" of the Complaint.

30. Denies the allegations contained in paragraph "30" of the Complaint.

31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "31" of the Complaint.

## AS AND FOR A FIRST CAUSE OF ACTION

32. With respect to the allegations set forth in paragraph "32" of the Complaint, defendants, Slingerland, repeat and reallege each and every response to paragraphs "1" through "31" of the Complaint, as if fully set forth herein.

33. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "33" of the Complaint.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "34" of the Complaint.

35. Denies the allegations contained in paragraph "35" of the Complaint.

36. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "36" of the Complaint.

## AS AND FOR AN AFFIRMATIVE DEFENSE

37. Any disclaimer of coverage made by plaintiff is untimely, and fails to properly specify the grounds of the disclaimer, and is therefore ineffectual.

**Goldstein & Metzger, LLP**
**40 Garden Street • Poughkeepsie, NY 12601 • (845) 473-7000**

## PRAYER FOR RELIEF

**WHEREFORE**, defendants, Peter J. Slingerland and Nancy Slingerland, pray for entry of judgment against plaintiff, for the following:

1. Dismissing the Complaint and causes of action, together with attorneys' fees, costs, and disbursements;

2. Declaring plaintiff is obligated to indemnify Blakely Pumping, Inc. d/b/a Assential Pumping, in the accident of November 3, 2005; and

3. Such other and further relief as this Court deems just and proper, together with the costs, disbursements of this action, and attorneys' fees.

Dated: Poughkeepsie, New York
       August 16, 2007

                                          GOLDSTEIN & METZGER, LLP
                                          Attorneys for Defendants,
                                          Peter J. Slingerland and Nancy Slingerland


                                          By_____/s/_____
                                            Paul J. Goldstein
                                          40 Garden Street
                                          Poughkeepsie, New York 12601
                                          Tel. 845/473-7000
                                          Fax. 845/454-4783

TO:    BRILL & ASSOCIATES, P.C.
          Attorneys for Plaintiff
          111 John Street, Suite 1070
          New York, NY 10038

          BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING, INC.
          11 Mary Lou Lane
          Shokan, NY 12481

          BRIAN J. BLAKELY
          133 Piney Point Road
          Boiceville, NY 12412

          PROGRESSIVE CASUALTY INSURANCE COMPANY
          c/o New York State Superintendent of Insurance
          25 Beaver Street
          New York, NY 10006