# Brill & Associates, P.C.

HAYDN J. BRILL[†]
COREY M. REICHARDT[‡]
STEPHEN H. KLAUSNER
JAIME M. MERRITT[‡]

[†] NY & NJ
NY

*Attorneys at Law*
*111 John Street, Suite 1070*
*New York, New York 10038*
*(212) 374-9101*
*Facsimile  (212) 374-9108*

*New Jersey Office*
*44 Hawthorne Drive*
*Princeton Junction, N.J.*
*08550*

August 29, 2007

<u>VIA ECF</u>

The Honorable Stephen C. Robinson, U.S.D.J.
United States District Court for the Southern District of New York
300 Quarropas Street
Room 633
White Plains, New York 10601

         Re:   <u>NGM Insurance Company v. Blakely Pumping et al.</u>
              Docket No. 07-CV-6517
              Our File: NGM-1281

Dear Honorable Sir:

      We write as counsel to plaintiff, National Grange Mutual Insurance Company with respect to the above referenced declaratory judgment action. Please be advised that we are in receipt of the Notice to Submit a Scheduling Order which directs that such an Order be submitted to the Court by August 31, 2007.

      We respectfully request an extension to file the Scheduling Order as all parties have not yet appeared by counsel. At the present time, only defendants, Nancy Slingerland and Peter Slingerland have appeared by counsel. In the interest of judicial economy it is respectfully submitted that all parties involved would be best served if discovery is scheduled when all parties have appeared.

      We thank you for your attention in this matter and should you have any questions, please feel free to contact the undersigned.

              Very truly yours,

              **BRILL & ASSOCIATES, P.C.**

              By:   <u>/s/ Haydn J. Brill</u>
                      Haydn J. Brill

HJB/cr
cc
Paul Goldstein, Esq. (via ECF)