UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NGM INSURANCE COMPANY,

                    Plaintiff(s),                                    **SCHEDULING ORDER**

        -against-                                                    07 Cv. 6517 (CLB) (GAY)

BLAKELY PUMPING, INC, et al.,

                    Defendant(s).
--------------------------------------------------------X
Brieant, J.

        The above entitled case having been reassigned, a status conference of counsel be held in

Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on

October 2, 2007 at 9:15 A.M.

SO ORDERED.

Dated: White Plains, New York
        October 19, 2007

                                                    _____
                                                    Charles L. Brieant, U.S.D.J.