# GOLDSTEIN & METZGER, LLP

*attorneys and counselors at law*

Mark J. Metzger
Paul J. Goldstein

Maryanne Quick
Paralegal

40 Garden Street
Poughkeepsie, NY 12601-3106
(845) 473-7000
Facsimile (845) 454-4783
www.goldsteinmetzger.com

September 27, 2007

**HAYDEN BRILL ESQ., Via facsimile (212) 374-9108**
**111 JOHN STREET, SUITE 1070**
**NEW YORK, NY 10038**

**ROBERT D. COOK, ESQ., Via facsimile (845) 331-1003**
**COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.**
**85 MAIN STREET**
**POST OFFICE BOX 3939**
**KINGSTON, NEW YORK 12402**

RE: NGM INSURANCE COMPANY v. BLAKELY PUMPING, et al.
Case No.: 07 cv 6517 (CLB)

Dear Counselors:

This correspondence will serve to confirm that the conference scheduled for October 2, 2007 has been adjourned to October 26, 2007 at 9:30 A.M. Please be sure to make note of the date change on your calendar.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

GOLDSTEIN & METZGER, LLP

By: _____
Paul J. Goldstein

PJG/jlm

cc: Hon. Charles L. Brieant, Via facsimile (914) 390-4085