UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NGM  INSURANCE COMPANY,                           Docket No.:
                                                  07-CV-6517
                              Plaintiff,

            -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,     **EXHIBITS TO**
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY      **MOTION**
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                              Defendants.
------------------------------------------------------------------------x

# EXHIBITS G-H

# EXHIBIT "G"

1

2  SUPREME COURT OF THE STATE OF NEW YORK

3  COUNTY OF ULSTER

4  ――――――――――――――――――――――――――――――――――――

5  PETER J. SLINGERLAND and NANCY SLINGERLAND,

6

7                              Plaintiff,

      -against-

8

9  BRIAN J. BLAKELY and BLAKELY PUMPING, INC.,
   d/b/a ASSENTIAL PUMPING,

10

11                             Defendants.

12  ――――――――――――――――――――――――――――――――――――

13

    July 12, 2006
14  Poughkeepsie, New York
    2:35 p.m. - 3:30 p.m.
15
    Marianne Glum, Reporter
16

17

18

19

20

21                  DEPOSITION

22                      OF

23              BRIAN J. BLAKELY

24

25

PLAINTIFF'S
EXHIBIT
6
1/30/08  (B)

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

1

2

3    APPEARANCES:

4

5    GOLDSTEIN & METZGER, LLP
          Attorneys for Plaintiffs
6         40 Garden Street
          Poughkeepsie, New York  12601
7
     BY:   PAUL GOLDSTEIN, ESQ.
8

9

10   LAW OFFICES OF CRAIG P. CURCIO
          Attorneys for Defendant
11        Brian J. Blakely
          One Edgewater Drive
12        Middletown, New York  10940

13   BY:   BRYAN KAPLAN, ESQ.

14

15

16   ALSO PRESENT:
       STEVEN E. BLAKELY
17     PATRICIA A. BLAKELY
       KEVIN AHRENHOLZ
18     MARYANNE QUICK

19

20

21

22

23

24

25

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

2

3

1
2
3
4          IT IS HEREBY STIPULATED AND AGREED by and
5     between the attorneys hereto as follows:
6
7
8          1.    That the following testimony, when
9     transcribed, may be sworn to before any Notary
10    Public of the State of New York, and may be used
11    with the same force and effect as though sworn to
12    in open Court at the time of Trial.
13
14
15         2.    That the filing of the original
16    transcript shall be waived, provided opposing
17    counsel shall receive a copy thereof, free of
18    charge.
19
20
21         3.    That all objections, except as to form
22    of the question, shall be reserved for
23    determination by the Trial Court.
24
25

BLAKELY                                    4

BRIAN J. BLAKELY, a DEFENDANT herein, having

been first duly sworn by a Notary Public within and

for the State of New York, was examined and

testified as follows:

---

BY MR. GOLDSTEIN:

Q    State your name for the record, please?

A    Brian Blakely.

Q    What is your address?

A    133 Piney Point Road, Boiceville, New York  12412.

Q    What is your date of birth?

A    2/12/84.

Q    What is your present occupation?

A    Assential.  I wouldn't know how to ---

Q    What did you do today or yesterday?

A    I pumped septics.

Q    Who are you employed by?

A    Assential Pumping.

Q    Assential Pumping --- A S S E N T I A L Pumping?

A    Correct.

Q    We had done a corporate search and we found a

     Blakely, B L A K E L Y ---

5

BLAKELY

A    It's a d/b/a.

BY MR. KAPLAN:

         You have to let him finish.

BY MR. GOLDSTEIN:

Q    B L A K E L Y, Inc. that was doing business as
     Assential Pumping, is that the company as far as
     you understand that employed you?

A    Yes.

Q    How long has Blakely Pumping, Inc. or Assential
     Pumping been your employer?

A    A year-and-a-half.

Q    So would you have been working there in 2005?

A    Yes.

Q    Were you working in 2004?

A    The corporation was just being built.

Q    In 2000 ---

A    I believe in '04.

Q    We have a certificate of incorporation of Blakely
     Pumping, Inc. that indicates a date of May 20th,
     2004.  Does that sound about right?

A    It sounds about right.

Q    Do you know at whose instance, in other words, who
     was the one that incorporated it, was it you, your
     brother or somebody else?

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

```
 1                              BLAKELY                              6
 2      A      My brother.
 3      Q      What is your brother's name?
 4      A      Steven D.  Blakely.
 5      Q      What is Steven's background, if you know?  In other
 6             words, where was he educated?
 7      A      Onteora High School.
 8      Q      Did he go on after high school?
 9      A      No, he did not.
10      Q      How old is Steven?
11      A      He's 29.
12      Q      Was he working prior to forming Blakely Pumping,
13             Inc.?
14      A      Yes.  He works as a wholesale distributor for
15             Freihoffer.
16      Q      That's Freihoffer baking goods?
17      A      Correct.
18      Q      Is that where he has a route where he drives a
19             vehicle?
20      A      Yes.
21      Q      That's his own entity, that's his own business?
22      A      Yes.
23      Q      He owns the route and he drives around and sells
24             breads and cookies and things like that?
25      A      Correct.
```

7

BLAKELY

1

2    Q    How long has he done that?

3    A    Nine years, ten years.

4    Q    And there came a time that he decided he wanted to

5         go into the septic pumping business?

6    A    Well, it was our idea.  He's pretty much helping me

7         out try to get started with everything, but he's

8         the main officer.

9    Q    In 2004, he owned this route, correct?

10   A    Correct.

11   Q    What did you do in 2004?

12   A    I was trying to build up a company.  I was trying

13        to get information about it.  I was pretty much

14        just out of school, just doing odd jobs.

15   Q    When did you graduate high school?

16   A    I graduated in 2002.

17   Q    What high school?

18   A    Onteora.

19   Q    Where is Onteora High School?

20   A    Boiceville.

21   Q    After high school, what did you do?

22   A    Just odd jobs.  I was in between whether I wanted

23        to go to school and I never went to school so I was

24        just doing odd jobs around the house.

25   Q    Now, did you have any experience in pumping

BLAKELY                                                    8

```
 1
 2              septics?
 3    A    No, but I went through a couple classes that were
 4         provided by DEP and Delhi, just informational
 5         classes about it.
 6    Q    So there came a time around May of '04 that your
 7         brother formed this corporation called ---
 8    A    We had talked about it.
 9         BY MR. KAPLAN:
10              A lot of times you are going to
11              anticipate what he is asking you, but
12              wait until he finishes asking the
13              question and then answer it.
14         BY MR. GOLDSTEIN:
15    Q    Prior to May of '04, you and your brother talked
16         about starting this business pumping septics; is
17         that correct?
18    A    Correct.
19    Q    You had no capital, I presume, no money to pay?
20    A    No.
21    Q    He had money?
22    A    Yes.
23    Q    So what I am saying is did he meet with someone to
24         do the certificate of incorporation?
25    A    Yes.
```

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

BLAKELY

9

```
 2   Q    Were you with him when he met with the person or
 3        the accountant or whomever it was?
 4   A    Yeah, it was just for a business idea, a business
 5        plan.
 6   Q    Who did you meet with?
 7   A    Richard Merck, M E R C K.
 8   Q    And where is Richard Merck?
 9   A    Kingston, New York.
10   Q    Is he an accountant?
11   A    Correct.
12   Q    He spoke to you and your brother about forming a
13        business?
14   A    Yes.
15   Q    And what did he generally discuss?
16   A    It was a long time ago.
17   Q    I understand.  Just basic.
18   A    We just basically --- the business plan, had in
19        mind what we wanted to do.
20   Q    Did he tell you or advise you and your brother that
21        he would prepare a certificate of incorporation?
22   A    Yes.
23   Q    Did he then incorporate you?
24   A    Yes.
25   Q    Do you know if he got what's called a corporate
```

```
1                                  BLAKELY                        10
2              book, it's often a black book or some book that has
3              minutes in it and officers in it, things like that?
4         A    My brother has that.  I don't know.
5         Q    Your brother has it?
6         A    Yeah.
7         Q    In your discussions with Mr. Merck, did you ever
8              discuss who would be the president of the
9              corporation, the vice president of the corporation?
10        A    Well, my brother obviously would be the president.
11             I mean me being vice president is just word of
12             mouth from my brother.
13        Q    But was it ever formalized, the officers, as far as
14             you know?
15        A    I don't believe so.
16        Q    Did you ever sign any minutes or anything saying
17             you were vice president?
18        A    No.
19        Q    Now, were any shares of stock ever issued to you?
20        A    Yes.
21        Q    How many shares of stock were issued to you?
22        A    That I can't recall.
23        Q    Do you know when the shares of stock were issued?
24        A    No.
25        Q    Now, at some point in time a d/b/a was filed where
```

```
 1                           BLAKELY                          11
 2              you were Assential Pumping, are you aware of that?
 3       A      I am aware of it.
 4       Q      It indicates the principal place of business of
 5              Assential Pumping is 11 Mary Lou, L O U, Lane,
 6              Shokan, New York  12481.  Whose address is that?
 7       A      My brother's.
 8       Q      And that's Steve Blakely?
 9       A      Correct.
10       Q      It indicates that he is president of Blakely
11              Pumping, Inc.; is that accurate?
12       A      Yes.
13       Q      He is the person that signed the d/b/a?
14       A      Yes.
15       Q      Do you know why he had a d/b/a and didn't do
16              business under the corporate name?
17       A      I'm not sure.
18       Q      When did the businesses start doing business?
19       A      Probably a year-and-a-half ago.
20       Q      And in order to do business, did you have to
21              purchase any vehicles or any equipment?
22       A      Yeah.
23       Q      What did you have to purchase?
24       A      Pump truck.
25       Q      Any other equipment?
```

1                          BLAKELY                    12

2    A      Hoses, shovels, rakes, pick axe.

3    Q      That's it?

4    A      Yeah.

5    Q      And who paid for all these?

6    A      My brother.

7    Q      How many employees did you have in the business in

8           November of '05?

9    A      We have no employees.

10   Q      Well, at the end of 2005, did you get what's called

11          a 1099?

12   A      No.

13   Q      Or a W-2 or any other kind of form, tax form?

14   A      No.

15   Q      Did you file tax return?

16   A      No, I didn't.

17          BY MR. KAPLAN:

18              Off the record.

19

20              (OFF THE RECORD DISCUSSION)

21

22          BY MR. GOLDSTEIN:

23   Q      Was there a corporate tax return, as far as you

24          know?

25   A      Yes.

```
1                              BLAKELY                        13
2    Q      When that corporate tax return was filed, did you
3           sign anything on it?
4    A      No.
5    Q      So that would be for 2005, correct?
6    A      Correct.
7           BY MR. KAPLAN:
8                  And we will certainly make an effort to
9                  obtain that, which I think would help us
10                 both.
11          BY MR. GOLDSTEIN:
12   Q      In November of '05, how many jobs did you have,
13          jobs I mean other than Assential Pumping, did you
14          work anywhere else, that's what I mean?
15   A      Just besides --- in '05?
16   Q      Yeah.
17   A      Pretty much just pumping.
18   Q      And did your brother work at all in the business?
19   A      He's got Freihoffer.  He pretty much stays out of
20          the business, the working area of the business.  He
21          did the finances.
22   Q      So he did the finances, he is the president and he
23          owns the corporation as far as you understand?
24   A      Yes.
25   Q      And you work the pump truck?
```

1                                    BLAKELY                                    14

2        A    Yes.

3        Q    It's an actual motor vehicle?

4        A    Yes.

5        Q    And can you describe the motor vehicle, what year

6             it is?

7        A    It's an '05 International.  The model is DT466.

8        Q    Where is it kept, the pump truck?

9        A    133 Piney Point Road, at my home.

10       Q    That's your home?

11       A    Yes.

12       Q    Who do you reside with at 133 Piney Point Road?

13       A    My parents.

14       Q    And their names?

15       A    Steven and Patricia Blakely.

16       Q    Now, in November of '05, did you own a motor

17            vehicle of your own?

18       A    Yes.

19       Q    What kind of vehicle did you own?

20       A    A Dodge Ram 2500.

21       Q    What kind of vehicle is that?

22       A    It's a pick-up truck.

23       Q    How long had you owned that?

24       A    In '05, a year.

25       Q    On November 3rd of '05, did you have any mechanical

```
 1                          BLAKELY                          15
 2           difficulties with the truck?
 3      A    No.
 4      Q    What time did you get up that morning?
 5      A    (No response.)
 6      Q    The accident happened about 7:30, right?
 7      A    Yes.
 8      Q    Approximately.
 9      A    It's hard to tell.  I can't really tell.  It's a
10           long time ago.
11      Q    You have no idea?
12      A    Around 6:30.
13      Q    What did you do when you got up?
14      A    Got ready.  Got dressed.
15      Q    What was it your intention to do when you got
16           ready?
17      A    I had to go into Kingston.
18      Q    Why did you have to go into Kingston?
19      A    Supplies.
20      Q    And the supplies were for what?
21      A    For the pump truck.
22      Q    What supplies did you have to get for the pump
23           truck?
24      A    I had broken a shovel previous.
25      Q    You said the pump truck was at the house?
```

```
 1                               BLAKELY                              16
 2        A      Correct.
 3        Q      Where the Dodge Ram was?
 4        A      Yes.
 5        Q      Did you have a scheduled appointment that day?
 6        A      Yes.
 7        Q      What time was the scheduled appointment?
 8        A      There really was no time.  It's whenever I can get
 9               there.
10        Q      How many appointments did you have?
11        A      I had one that day.
12        Q      Where was that appointment?
13        A      In Shokan.
14        Q      Do you remember the name of the person or the
15               place?
16        A      No, I don't.
17        Q      So in other words, this person knew that you were
18               going to come --- is it a residence or commercial?
19        A      Residence.
20        Q      So this person had previously arranged that you
21               would come some time that day to pump them out?
22        A      Well, to assess.  To assess the problem with their
23               septic.
24        Q      When you would come to assess, would you use the
25               Dodge Ram or would you have used the 2005
```

```
1                              BLAKELY                    17
2              International?

3              BY MR. KAPLAN:

4                   You mean that day or prior to that, are

5                   you saying in general?

6              BY MR. GOLDSTEIN:

7                   Let me withdraw the question.

8              BY MR. GOLDSTEIN:

9        Q     It's my understanding sometimes you would come to a

10             premises, a place to assess before you would pump,

11             correct?

12       A     Absolutely.

13       Q     And sometimes you would come to pump?

14       A     Correct.

15       Q     If you came to assess rather than pump, would you

16             drive your Dodge Ram instead of your pump truck?

17             BY MR. KAPLAN:

18                  He is talking generally not just that

19                  day.

20             BY THE WITNESS:

21       A     Yes.

22             BY MR. GOLDSTEIN:

23       Q     Generally?

24       A     Yes.

25       Q     Because I assume that you want to conserve the pump
```

```
 1                          BLAKELY                    18
 2           truck, you don't want to use too much mileage, it
 3           takes up too much gas?
 4      A    Fuel, yeah.
 5      Q    So unless you are going to pump, you take your own
 6           vehicle?
 7      A    Exactly.
 8      Q    And that was your custom and practice at that time?
 9      A    Yes.
10      Q    So that morning, the morning when the accident
11           occurred, you were leaving your house to go to
12           Kingston to pick up some supplies for the pump
13           truck?
14      A    Yes.
15      Q    Such as a shovel that you would use that you had
16           broken?
17      A    Yes.
18      Q    And it was your intention that you would buy it
19           where in Kingston?
20      A    Home Depot.
21      Q    Once you got it, you were going to come back and
22           then go out?  Was it your intention to go from
23           Kingston to do the estimate?
24      A    Yes.
25      Q    So what time did you get on the road,
```

```
 1                           BLAKELY                        19
 2              approximately?
 3       A      Approximately 6:45.
 4       Q      How long was it going to take you to get to where
 5              you were going, you said Home Depot in Kingston?
 6       A      Yes.
 7       Q      How long a trip is it normally?
 8       A      15, 20 minutes.
 9              BY MR. KAPLAN:
10                   Off the record.
11
12                   (OFF THE RECORD DISCUSSION)
13
14              BY MR. GOLDSTEIN:
15       Q      What did you keep in the pick-up?
16       A      Meaning?
17       Q      Well, did you keep some supplies owned by Blakely
18              Pumping in your pick-up?  In other words, when you
19              go to people's houses, would you need some kind of
20              shovels or picks or something to kind of poke
21              around to assess the situation?
22       A      Yes.
23       Q      What kind of equipment would you normally keep of
24              the company's?
25       A      Shovel, pick axe and a rake.
```

BLAKELY

20

2   Q   So the shovel, pick axe and rake you would often

3       keep in your pick-up truck?

4   A   Correct.

5   Q   And those were all owned by the business?

6   A   Yes.

7   Q   And those you often had to use to assess the

8       situation?

9   A   Yes.

10  Q   When you say assess, tell me what you do normally.

11  A   Well, I have to dig up the tank, pop the cover and

12      check out the tank, septage inside the tank, see

13      how full it is.  And then I would have to go around

14      to the D box, distribution box, inspect that and

15      inspect the lines going to and from.

16  Q   And you do that, you said, with your pick-up truck?

17  A   Yes.

18  Q   And the tools that is provided by Blakely Pumping?

19  A   Correct.

20  Q   Now, the day of the incident, you were going to

21      Home Depot and you left your home you said about

22      6:45, correct?

23  A   I really can't tell time.

24  Q   6:45, 7:00, 7:15, some time early morning?

25  A   Yes.

```
 1                              BLAKELY                          21
 2      Q      Now, when you left, what was the weather like?
 3      A      It was clear out.
 4      Q      And roads dry?
 5      A      Yes.
 6      Q      And your vehicle, was it operating okay?
 7      A      Yes.
 8      Q      What route did you take to get to the accident
 9             scene?  You left your house at Piney Point Road,
10             you made a left or right onto another road?
11      A      Would have made a left onto 28.
12      Q      Did the accident happen on 28?
13      A      Yes.
14      Q      How many miles and/or minutes were you on Route 28
15             before the accident occurred?
16      A      Probably a quarter of a mile.
17      Q      Now, within a quarter of a mile of Route 28, what
18             was the roadway like?  And let me go back.  Let me
19             ask you, what direction were you headed?
20      A      West.
21      Q      In the westbound direction on Route 28, how many
22             lanes of traffic were there?
23      A      Two.
24      Q      And in eastbound, how many lanes of traffic?
25      A      Two.
```

```
 1                              BLAKELY                          22

 2        Q     What was the traffic like?

 3        A     I guess you would say starting rush hour.

 4        Q     So was it heavy?

 5        A     It wasn't heavy, but it was ---

 6        Q     Well, light, medium or heavy, which would you call

 7              it?

 8        A     Medium.

 9        Q     What was the speed limit on Route 28?

10        A     45.

11        Q     45?

12        A     Yes.

13        Q     This accident happened at an intersection?

14        A     Yes.

15        Q     And the intersection, was that with what other

16              road?

17        A     I don't know the name of the road.  I don't recall.

18        Q     If I told you Forest Hill Drive, would that refresh

19              your recollection?

20        A     Yes.

21        Q     And this intersection, was it controlled by a

22              traffic light?

23        A     Yes.

24              BY MR. KAPLAN:

25                    In his direction of travel you are
```

```
 1                              BLAKELY                          23
 2                      talking, right?
 3             BY MR. GOLDSTEIN:
 4                      If the intersection is --- do you have
 5                      pictures?
 6             BY MR. KAPLAN:
 7                      Yes.
 8             BY MR. GOLDSTEIN:
 9                      Why don't we mark them.
10             BY MR. KAPLAN:
11                      I think they are yours.
12
13                      (PHOTOGRAPHS MARKED AS PLAINTIFF'S
14                      EXHIBITS 1 - 3 FOR IDENTIFICATION)
15
16             BY MR. GOLDSTEIN:
17      Q      I show you three photograph's I have, Plaintiff's
18             1, Plaintiff's 2 and Plaintiff's 3.  I am going to
19             ask you a couple of questions I have about them.
20             Look at Plaintiff's 3 for identification.
21      A      Yes.
22      Q      And Plaintiff's 3 looks like it says 28 west, does
23             it not?
24      A      Yes.
25      Q      And in fact there is a truck in the middle of the
```

```
1                              BLAKELY                          24
2              road there, is it not?

3      A      Yes.

4      Q      Is that your pick-up truck?

5      A      Yes, it is.

6      Q      The direction that this picture is showing us, is

7              that the direction your vehicle was traveling?

8      A      Yes.

9      Q      And it does depict the traffic light, does it not?

10     A      Yes.

11     Q      It seems to indicate there are three lanes of

12             traffic; is that correct?

13     A      Yes.

14     Q      And a left-hand turn lane as well; is that correct?

15     A      Yes.

16     Q      Do you remember that at the intersection?

17     A      Two lane.

18     Q      Let's talk about a quarter of mile away, you are on

19             Route 28 going westbound, correct?

20     A      Correct.

21     Q      And there is a traffic light, correct?

22     A      Yes.

23     Q      Could you see the traffic light a quarter mile

24             away?

25     A      No.
```

25

BLAKELY

2  Q    How far away from the intersection could you first
3        see the traffic light?

4  A    I really couldn't see the traffic light due to the
5        sun glare off my windshield.

6  Q    You are familiar with this intersection?

7  A    Yes.

8  Q    This is an intersection you go on almost a daily
9        basis?

10  A    Yes.

11  Q    From your experience going on it in previous times,
12        can you tell me how far away can you normally see
13        the traffic light?

14  BY MR. KAPLAN:

15        Again, he is asking not on the date of
16        the accident, if there wasn't a problem
17        with the sun glare.

18  BY THE WITNESS:

19  A    Probably a tenth of a mile.

20  BY MR. GOLDSTEIN:

21  Q    Now, is that because the road curves in some
22        fashion before you get there?

23  A    Yes.

24  Q    And when it curves, are you turning your wheel to
25        your left or are you turning your wheel to your

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

BLAKELY                                    26

2      right to get onto the straight away?  I assume the

3      tenth of a mile is straight and flat; is that

4      correct?

5  A   Yes.

6  Q   When you get to that, do you have to turn to the

7      left or turn to the right to get to that one-tenth

8      of a mile?

9  A   Turn to the right.

10  Q  When you got one-tenth of a mile away, what was

11     your speed?

12  A   I can't recall.

13  Q   Do you know what lane were you in, the right lane

14      or the left lane?

15  A   The left lane.

16  Q   And were there any vehicles in front of you?

17  A   No.

18  Q   Were there any vehicles in the right lane?

19  A   No.

20  Q   Now, was it your intention had the accident not

21      occurred for you to continue on 28 past the

22      intersection?

23  A   Yes.

24  Q   And how far past the intersection would you have

25      gone, a mile, two miles, that's what I am asking?

```
 1                          BLAKELY                        27
 2      A      Like 12.
 3      Q      12 miles?
 4      A      Yes.
 5      Q      Now, when you were a tenth of a mile away, could
 6             you see the intersection?
 7      A      Yes.
 8      Q      You could see the intersection, but you could not
 9             see whether the light was red or not?
10      A      No.
11      Q      Is that correct?
12      A      That's correct, sorry.
13      Q      Why couldn't you see whether the light was red or
14             not?
15      A      Sun glare.
16      BY MR. KAPLAN:
17             Note my objection to form, but you could
18             answer.
19      BY MR. GOLDSTEIN:
20      Q      When it was a tenth of a mile away, do you know
21             whether the light was red or green?
22      A      Couldn't tell.
23      Q      Were there any vehicles behind you when you were a
24             tenth of a mile away?
25      A      I can't remember.
```

```
 1                              BLAKELY                        28
 2      Q     Did you see any vehicles in the intersection when
 3            you were a tenth of a mile away?
 4      A     No.
 5      Q     Did your vehicle come in contact with another
 6            vehicle?
 7      A     Yes.
 8      Q     And did that occur at the intersection?
 9      A     Yes.
10      Q     What part of your vehicle came in contact with what
11            part of the other vehicle?
12      A     Nose of my vehicle --- what would you say, side?
13            BY MR. KAPLAN:
14                 I wouldn't say anything.
15            BY MR. GOLDSTEIN:
16      Q     I show you Plaintiff's Exhibit 1 for
17            identification.  Can you see a red vehicle there?
18      A     Yes.
19      Q     Is that the vehicle your pick-up truck came in
20            contact with?
21      A     Yes.
22      Q     That seems to depict the driver's side?
23      A     Driver's side.
24      Q     Does that picture depict the accident scene or the
25            positions of the vehicle after the impact?
```

```
 1                          BLAKELY                        29
 2              BY MR. KAPLAN:
 3                   Just note my objection.  You want to
 4                   know if that's how the vehicles looked
 5                   after the accident, right?
 6              BY MR. GOLDSTEIN:
 7                   Yes.
 8              BY THE WITNESS:
 9       A      Yes.
10              BY MR. GOLDSTEIN:
11       Q      Was your vehicle moved from the time it came to
12              rest after the impact until the time the police
13              came?
14       A      Yes.
15       Q      It was moved?
16       A      Yes.
17       Q      Does this picture show your vehicle before it was
18              moved or after it was moved?
19       A      After.
20       Q      Immediately after the impact, where was it moved?
21       A      Back.
22       Q      Do you know, is this what Plaintiff's 1 is supposed
23              to depict?  Do you understand what I am saying?
24       A      No.
25       Q      You are saying one is not the positions of the
```

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

BLAKELY                                              30

2   vehicles immediately after the accident; is that

3   correct?

4   A   That's correct.

5   Q   When this picture was taken, had the red vehicle

6       been moved after the impact?

7   A   No.  I moved my truck.

8   Q   Where did you move your truck?

9   A   About five feet back.

10  Q   And this is showing where you moved your truck five

11      feet back?

12  A   Correct.

13      BY MR. KAPLAN:

14          Off the record.

15

16          (OFF THE RECORD DISCUSSION)

17

18      BY MR. GOLDSTEIN:

19  Q   Immediately after the impact, was your vehicle

20      actually touching the red vehicle?

21  A   Yes, it was.

22  Q   What part of your vehicle was touching?

23  A   The nose was touching the driver's side.

24  Q   So you backed it up so they could get into the ---

25  A   Yes, I did.

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

BLAKELY                                                                   31

1

2    Q    Did you get out of your vehicle immediately after

3         the impact?

4    A    Yes.

5    Q    What did you do?

6    A    Ran over to the --- not to the vehicle, but near

7         the vehicle.

8    Q    Did you see a gentleman inside the vehicle?

9    A    Yes.

10   Q    Did you have any conversations with the gentleman

11        inside the vehicle?

12   A    No.

13   Q    Why not?

14   A    He was unconscious.

15   Q    Did you have any discussions with anyone at the

16        accident scene, anybody, passerby, police, anybody?

17   A    I believe it to be his wife.

18   Q    What did you say to her and what did she say to

19        you, as best as you can, obviously?

20   A    I told her to calm down, fire officials will be

21        here soon.  And then I got back in my truck and

22        moved the truck and someone let me use their phone

23        to call my father.

24   Q    Did your father come to the scene?

25   A    Yes.

                                    BLAKELY                            32

2    Q    And how soon after the accident did your father

3         come to the scene?

4    A    It's hard to tell.  Probably a half hour.

5    Q    Now, did you ever have a discussion with the police

6         as to what happened?

7    A    Brief statement.

8    Q    What did you say to them, what did they say to you?

9    A    I couldn't see the light due to the sun glare.

10   Q    Is that it?

11   A    That's pretty much it, yes.

12   Q    As a result of the accident, did you receive any

13        traffic citations or summonses?

14   BY MR. KAPLAN:

15        Note my objection to the form.  I mean

16        if you want to ask if he pleaded guilty

17        to any traffic offense.

18   BY MR. GOLDSTEIN:

19        Fine, I will adopt your counsel's

20        question.

21   BY THE WITNESS:

22   A    No.

23   BY MR. GOLDSTEIN:

24   Q    Are there any still pending?

25   A    No.

        Mary T. Babiarz Court Reporting Service, Inc.
                      845-471-2511

BLAKELY                                          33

Q    Now, prior to the impact occurring, did you ever

     see the red vehicle?

A    Split second.

Q    When you say split second, you saw it a split

     second before the impact?

A    We were both in the intersection.

Q    When you said split second, did you mean that you

     saw the other vehicle a split second before the

     impact?

A    Yes.

Q    How far away were you when you saw it the split

     second before the impact?

A    It looked like I was right on top of him.

Q    Where was his vehicle in relationship to your lane

     of traffic?

A    He was making a left turn to go east.

     BY MR. KAPLAN:

          What about in relation to your lane

          though, was he across your lane?

     BY THE WITNESS:

A    He was across my lane.

     BY MR. GOLDSTEIN:

Q    So he was across the westbound lane?

A    Yes.

BLAKELY                                      34

Q    Making a left to --- the opposite direction?

A    Correct.

Q    Did you see a blinker that split second?

A    No.

Q    Now, this happened in the left-hand lane, correct?

A    Correct.

Q    And when you first saw him, where was the front of
     his vehicle in relation to the two westbound lanes
     on Route 28?

A    It was past me.

Q    It was past ---

A    Past the front of my truck.

Q    When you saw him, did you make any attempt to avoid
     him?

A    Yeah, I swerved left.

Q    What about braking?

A    I can't recall.

Q    Did you notice any skid marks at the accident
     scene?

A    No, besides his.

Q    When your vehicle struck his vehicle, did the
     vehicles move in any direction?

A    Yes.

Q    His vehicle, did it move east, west, north, south,

BLAKELY                                    35

2        something else?

3    A   It moved west.

4    Q   Do you know how many feet it moved west?

5    A   From the photos, it looks probably 75 to a hundred

6        feet.

7    Q   When your vehicle made contact with the other

8        vehicle, was it in essence a perpendicular contact?

9        Do you know what I mean by perpendicular?

10   A   T.

11   Q   Was it a T-bone?

12   A   Yes.

13   Q   Did the vehicle also move a little to your right,

14       if you will?  In other words, in a clockwise

15       direction?

16   A   Yes.

17   Q   So it moved about 75 to 100 feet west and a little

18       bit to the right?

19       BY MR. KAPLAN:

20           To Brian's right?

21       BY MR. GOLDSTEIN:

22   Q   To your right?

23   A   It would be to my right that the vehicle moved.  My

24       left, I'm sorry.

25   Q   No.  It moved clockwise, correct?

```
 1                          BLAKELY                        36
 2     A      No.  Counterclockwise.
 3     Q      It's going here, it hits here, it moves this way
 4            and this way?
 5            BY MR. KAPLAN:
 6                  Off the record.
 7
 8                  (OFF THE RECORD DISCUSSION)
 9
10            BY MR. GOLDSTEIN:
11     Q      Do you know if there are any witnesses to this
12            accident?
13     A      I don't know of any.
14     Q      Did there come any point in time that you found out
15            what color the light was?
16     A      I'm sorry?
17     Q      What color the light was, did you ever find out
18            what color it was?
19     A      According to the ticket, it was red.
20     Q      What happened to the ticket?
21            BY MR. KAPLAN:
22                  Note my objection to the form.  You can
23                  answer over objection.
24            BY MR. GOLDSTEIN:
25     Q      What happened, did you go to court?
```

```
 1                                BLAKELY                        37
 2       A      My attorney did.
 3       Q      Did you plea to a lesser offense?
 4              BY MR. KAPLAN:
 5                   Note my objection to the form.  You can
 6                   answer over objection.
 7              BY THE WITNESS:
 8       A      No.
 9              BY MR. GOLDSTEIN:
10       Q      Did you tell me how fast you were going a tenth of
11              a mile away?
12       A      I don't recall.
13       Q      When you were a tenth of a mile away, would it be
14              fair to say you assumed the light was green?
15       A      Yes.
16       Q      Because the speed you were going, if it was red,
17              you couldn't have stopped?
18       A      Correct.
19       Q      What was your rate of speed when you were coming
20              out of the curve?
21       A      I don't recall.
22       Q      Your father came, what did you say to him and what
23              did he say to you when he came to the scene of the
24              accident?
25       A      Nothing.  He asked if I was all right.
```

1
                              BLAKELY                                    38

2        Q        Did you yourself do any investigation as to how

3                 this accident happened or what caused the accident?

4        A        No.

5        Q        Did you own the vehicle?

6        A        Yes.

7        Q        You purchased it new?

8        A        Yes.

9        Q        Did you lease it or you bought it outright?

10       A        Bought it outright.  Well, payments.

11       Q        You made some kind of car loan?

12       A        Yes.

13       Q        Do you know what bank you made the car loans with?

14       A        Through Chrysler.

15       Q        Is the vehicle still in operation?

16       A        Yes.

17       Q        How much damage was done to it?

18       A        Progressive covered it.  I didn't see the bills.

19       Q        What was the damage done to the vehicle?

20       A        The nose of the vehicle.

21       Q        Did you have air bags?

22       A        Yes.

23       Q        Did they deploy?

24       A        Yes.

25                BY MR. GOLDSTEIN:


              Mary T. Babiarz Court Reporting Service, Inc.
                            845-471-2511

```
 1                          BLAKELY                            39
 2                     Off the record.

 3

 4                 (OFF THE RECORD DISCUSSION)

 5

 6            BY MR. GOLDSTEIN:

 7      Q     Do you own a cell phone?

 8      A     Yes.

 9      Q     Whose name is the cell phone in?

10      A     Mine.

11      Q     Had you used that cell phone at all the morning of

12            the incident?

13      A     I left it at home.

14      Q     Now, the mileage from the truck, did you get

15            reimbursed for the mileage that you had used in the

16            truck or how did you work that?

17            BY MR. KAPLAN:

18                 From Assential Pumping?

19            BY MR. GOLDSTEIN:

20                 Yes.

21            BY THE WITNESS:

22      A     We hadn't worked that out yet.

23            BY MR. GOLDSTEIN:

24      Q     So you didn't submit it to the IRS or get a

25            deduction or anything else?
```

```
 1                          BLAKELY                        40
 2    A      No.
 3           BY MR. KAPLAN:
 4               Do you know whether or not?
 5           BY THE WITNESS:
 6    A      No, we didn't.
 7           BY MR. GOLDSTEIN:
 8    Q      You yourself file any tax returns in 2005?
 9    A      No.
10    Q      Is that because you didn't make enough money to do
11           so?
12    A      Correct.
13    Q      Did you take, on the day of the accident, any kind
14           of medication, any kind?
15    A      No.
16    Q      Aspirin, allergy meds or anything else?
17    A      No.
18    Q      Do you have any medical conditions?
19    A      No, I do not.
20    Q      Had you had anything of an alcoholic nature within
21           24 hours of the incident?
22           BY MR. KAPLAN:
23               Note my objection to form.  You can
24               answer over objection.
25           BY MR. GOLDSTEIN:
```

1                                                                          41

2    Q    Did you have any liquor within 24 hours of the

3         accident?

4    A    I had a couple beers the night before.

5    Q    Where did you have the beers?

6    A    Mountain Creek Inn in Boiceville.

7    Q    Did you drive there or someone else did?

8    A    I drove there.

9    Q    Do you know what kind of beer?

10   A    Sam Adams.

11   BY MR. GOLDSTEIN:

12        Thank you.  No further questions.

13

14              X_____

15                  BRIAN J. BLAKELY

16

17   Sworn to before me this _____

18   day of _____, 2006.

19

20   X_____

21        NOTARY PUBLIC

22

23

24

25

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

1                                                                              42

2                            PLAINTIFF'S EXHIBITS

3        NUMBER        DESCRIPTION                        PAGE

4        1-3        Photographs                           23

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

43

STATE OF NEW YORK )
                  )  ss.
COUNTY OF DUTCHESS )

I, MARIANNE GLUM a stenotype reporter and Notary

Public within and for the State of New York, do

hereby certify:

That, BRIAN J. BLAKELY, the witness whose

deposition is hereinbefore set forth, was duly

sworn by me, and that the transcript of said

deposition is a true record of the testimony given

by such witness.

I further certify that I am not related to any

of the parties to this action by blood or marriage,

and that I am in no way interested in the outcome

of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand

this 19th day of July, 2006.

x *Marianne Glum*

MARIANNE GLUM

Mary T. Babiarz Court Reporting Service, Inc.
845-471-2511

## O

04 5:18; 8:6, 15
05 12:8; 13:12, 15; 14:7, 16, 24, 25

## 1

1 3:8; 23:14, 18; 28:16; 29:22
100 35:17
1099 12:11
11 11:5
12 27:2, 3
12412 4:13
12481 11:6
133 4:13; 14:9, 12
15 19:8

## 2

2 3:15; 23:18
2/12/84 4:15
20 19:8
2000 5:17
2002 7:16
2004 5:15, 21; 7:9, 11
2005 1:13; 12:10; 13:5; 16:25; 40:8
2006 41:18
20th 5:20
24 40:21; 41:2
2500 14:20
28 21:11, 12, 14, 17, 21; 22:9; 23:22; 24:19; 26:21; 34:10
29 6:11

## 3

3 3:21; 23:14, 18, 20, 22
3rd 14:25

## 4

45 22:10, 11

## 6

6:30 15:12
6:45 19:3; 20:22, 24

## 7

75 35:5, 17
7:00 20:24
7:15 20:24
7:30 15:6

## A

Absolutely 17:12
accident 15:6; 18:10; 21:8, 12, 15; 22:13; 25:16; 26:20; 28:21; 29:5; 30:2; 31:16; 32:2, 12; 34:19; 36:12; 37:24; 38:3, 3; 40:13; 41:3
According 36:19
accountant 9:3, 10
accurate 11:11
across 33:20, 22, 24
actual 14:3
actually 30:20
Adams 41:10
address 4:12; 11:6
adopt 32:19
advise 9:20
Again 25:15
ago 9:16; 11:19; 15:10
AGREED 3:4
air 38:21
alcoholic 40:20
allergy 40:16
almost 25:8
and/or 21:14
anticipate 8:11
appointment 16:5, 7, 12
appointments 16:10
Approximately 15:8; 19:2, 3
area 13:20
around 6:23; 7:24; 8:6; 15:12; 19:21; 20:13
arranged 16:20
Aspirin 40:16
Assential 4:17, 21, 22; 5:7, 10; 11:2, 5; 13:13; 39:18
assess 16:22, 22, 24; 17:10, 15; 19:21; 20:7, 10
assume 17:25; 26:2
assumed 37:14
attempt 34:14
attorney 37:2
attorneys 3:5
avoid 34:14
aware 11:2, 3
away 24:18, 24; 25:2, 12; 26:2, 10; 27:5, 20, 24; 28:3; 33:12; 37:11, 13
axe 12:2; 19:25; 20:2

## B

B 4:25; 5:6
back 18:21; 21:18; 29:21; 30:9, 11; 31:2
backed 30:24
background 6:5
bags 38:21
baking 6:16
bank 38:13
basic 9:17
basically 9:18
basis 25:9
beer 41:9
beers 41:4, 5
behind 27:23
besides 13:15; 34:21
best 31:19
bills 38:18
birth 4:14
bit 35:18
black 10:2
BLAKELY 4:2, 11, 25; 5:10, 19; 6:4, 12; 11:8, 10; 14:15; 19:17; 20:18; 41:15
blinker 34:4
Boiceville 4:13; 7:20; 41:6
book 10:2, 2, 2
both 13:10; 33:7
bought 38:9, 10
box 20:14, 14
braking 34:17
breads 6:24
BRIAN 4:2, 11; 41:15
Brian's 35:20
Brief 32:7
broken 15:24; 18:16
brother 5:25; 6:2; 8:7, 15; 9:12, 20; 10:4, 5, 10, 12; 12:6; 13:18
brother's 6:3; 11:7
build 7:12
built 5:16
business 5:6; 6:21; 7:5; 8:16; 9:4, 4, 13, 18; 11:4, 16, 18, 20; 12:7; 13:18, 20, 20; 20:5
businesses 11:18
buy 18:18

## C

C 9:7
call 22:6; 31:23
called 8:7; 9:25; 12:10
calm 31:20
came 7:4; 8:6; 17:15; 28:10, 19; 29:11, 13; 37:22, 23
can 14:5; 16:8; 25:12, 12; 28:17; 31:19; 36:22; 37:5; 40:23
capital 8:19
car 38:11, 13
caused 38:3
cell 39:7, 9, 11
certainly 13:8
certificate 5:19; 8:24;

9:21
charge 3:18
check 20:12
Chrysler 38:14
citations 32:13
classes 8:3, 5
clear 21:3
clockwise 35:14, 25
color 36:15, 17, 18
coming 37:19
commercial 16:18
company 5:7; 7:12
company's 19:24
conditions 40:18
conserve 17:25
contact 28:5, 10, 20; 35:7, 8
continue 26:21
controlled 22:21
conversations 31:10
cookies 6:24
copy 3:17
corporate 4:24; 9:25; 11:16; 12:23; 13:2
corporation 5:16; 8:7; 10:9, 9; 13:23
counsel 3:17
counsel's 32:19
Counterclockwise 36:2
couple 8:3; 23:19; 41:4
Court 3:12, 23; 36:25
cover 20:11
covered 38:18
Creek 41:6
curve 37:20
curves 25:21, 24
custom 18:8

## D

D 6:4; 20:14
d/b/a 5:2; 10:25; 11:13, 15
daily 25:8
damage 38:17, 19
date 4:14; 5:20; 25:15
day 16:5, 11, 21; 17:4, 19; 20:20; 40:13; 41:18
decided 7:4
deduction 39:25
DEFENDANT 4:2
Delhi 8:4
DEP 8:4
depict 24:9; 28:22, 24; 29:23
deploy 38:23
Depot 18:20; 19:5; 20:21
describe 14:5
determination 3:23
difficulties 15:2
dig 20:11
direction 21:19, 21;

22:25; 24:6, 7; 34:2, 23; 35:15
discuss 9:15; 10:8
DISCUSSION 12:20; 19:12; 30:16; 32:5; 36:8; 39:4
discussions 10:7; 31:15
distribution 20:14
distributor 6:14
Dodge 14:20; 16:3, 25; 17:16
done 4:24; 7:2; 38:17, 19
down 31:20
dressed 15:14
drive 17:16; 22:18; 41:7
driver's 28:22, 23; 30:23
drives 6:18, 23
drove 41:8
dry 21:4
DT466 14:7
due 25:4; 32:9
duly 4:3

## E

E 4:22, 25; 5:6; 9:7
early 20:24
east 33:17; 34:25
eastbound 21:24
educated 6:6
effect 3:11
effort 13:8
else 5:25; 13:14; 35:2; 39:25; 40:16; 41:7
employed 4:20; 5:8
employees 12:7, 9
employer 5:11
end 12:10
enough 40:10
entity 6:21
equipment 11:21, 25; 19:23
essence 35:8
estimate 18:23
Exactly 18:7
examined 4:4
except 3:21
Exhibit 28:16
EXHIBITS 23:14
experience 7:25; 25:11

## F

fact 23:25
fair 37:14
familiar 25:6
far 5:7; 10:13; 12:23; 13:23; 25:2, 12; 26:24; 33:12
fashion 25:22
fast 37:10

1                                                                                   44

2                          LAWYER'S NOTES

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lawyer's Notes

EXHIBIT "H"

COURTESY COPY    1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

NGM INSURANCE COMPANY,

                           Plaintiff,

         -against-

                           Index No.
                           07-CV-5417

BLAKELY PUMPING, INC., d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY INSURANCE
COMPANY,

                           Defendants.
------------------------------------------------------X

DATE:   January 30, 2008
        Poughkeepsie, New York

TIME:   12:38 P.M. - 1:09 P.M.

        Theresa Seholm, Reporter




                    DEPOSITION

                        OF

                  STEVEN BLAKELY

2

1

2

3                    APPEARANCES:

4

5

       BRILL & ASSOCIATES, P.C.
6      Attorneys for Plaintiff
       111 John Street, Suite 1070
7      New York, New York  10038

8

       BY:  HAYDN J. BRILL, ESQ.
9      E-mail:  Hbrill@brillassociates.com

10

11     COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
       Attorneys for Defendants:
12     Blakely Pumping, Inc. and Brian Blakely
       85 Main Street
13     Kingston, New York  12402

14

       BY:  ROBERT E. NETTER, ESQ.
15

16

17     GOLDSTEIN & METZGER, LLP
       Attorneys for Defendants:
18     Peter J. Slingerland and Nancy Slingerland
       40 Garden Street
19     Poughkeepsie, New York  12601

20

       BY:  PAUL J. GOLDSTEIN, ESQ.
21

22

23

24

25

3

1

2

                            STIPULATIONS

3

4

5            IT IS HEREBY STIPULATED AND AGREED, by

6       and between the attorneys for the respective

7       parties hereto, that the sealing and filing

8       of the witness' deposition are hereby

9       waived.

10

11

12            It is further stipulated and agreed,

13       by and between the attorneys for the

14       respective parties hereto, that all

15       objections except as to form of the question

16       are reserved to the time of trial.

17

18

19            It is further stipulated and agreed,

20       by and between the attorneys for the

21       respective parties hereto, that they may

22       sign this deposition before any duly

23       qualified Notary Public.

24

25                    *   *   *   *

            MARY T. BABIARZ COURT REPORTING SERVICE, INC.
                            (845) 471-2511

4

1

2    STEVEN BLAKELY,

3            produced on behalf of Blakely Pumping, Inc.

4    d/b/a Assential Pumping, a Defendant herein, having

5    been first duly sworn by a Notary Public of the State

6    of New York (Theresa Seholm), upon being examined,

7    testified as follows:

8

9                            * * * * *

10

11   EXAMINATION BY MR. BRILL:

12      Q    Would you state your name for the record,

13           please.

14      A    Steven Blakely.

15      Q    Would you state your address for the record,

16           please.

17      A    11 Mary Lou Lane, Shokan, New York 12481.

18      Q    Mr. Blakely, my name is Haydn Brill.  I

19           represent National Grange Mutual Insurance

20           Company in this case, who has filed a

21           lawsuit to have the rights and obligations

22           under a commercial insurance policy

23           adjudicated in connection with

24           Mr. Slingerland's accident on November 3,

25           2005, and I'm going to be asking you some

5

STEVEN BLAKELY

1
2          questions about that case.
3                If there's anything that I ask you
4          that you don't understand, please let me
5          know.  I'll be more than happy to rephrase
6          it.  Do you understand that?
7      A   Yes.
8      Q   And you understand that even though there's
9          no judge or jury here today, your testimony
10         is under oath?
11     A   Yes.
12     Q   Mr. Blakely, what's your date of birth?
13     A   9/28/76.
14     Q   And what's your Social Security number?
15     A   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.
16     Q   And how long have you resided at your
17         present address?
18     A   About eight years.
19     Q   And who would you -- are you employed?
20     A   Yes.
21     Q   And who would you consider your full-time
22         employer?
23     A   Freihofer Baking or Entenmann's.
24     Q   Freihofer and Entenmann's --- (interrupted).
25     A   It's actually owned by one company, Weston

6

```
 1                    STEVEN BLAKELY
 2           Baking is the --- (interrupted).
 3    Q      Okay.  W-e-s-t-i-n?
 4    A      O-n.
 5    Q      O-n?
 6    A      Yeah.
 7    Q      Weston Baking.  And where are they located?
 8    A      They're located out of Albany.
 9    Q      And they make Freihofer's cookies and
10           Entenmann's cake and --- (interrupted).
11    A      Bread and --- (interrupted).
12    Q      -- doughnuts?
13    A      Yeah, whole nine yards.
14    Q      Delicious chocolate doughnuts.
15           BY MR. GOLDSTEIN:
16                Off the record.
17
18                (Whereupon, there was a discussion
19           held off the record.)
20
21           BY MR. BRILL:
22    Q      And how long have you been employed by
23           Weston Baking?
24    A      Probably about nine, ten years.
25    Q      And what do you do for them?
```

7

```
 1                      STEVEN BLAKELY
 2      A      I'm a route distributor.
 3      Q      And what are your job functions and
 4             responsibilities as a route distributor?
 5      A      I deliver bread and cake to various stores.
 6      Q      And that's convenience stores, supermarkets,
 7             anybody who sells Entenmann's and
 8             Freihofer's cookies?
 9      A      Yes.
10      Q      And as part of your job functions and
11             responsibilities do you use a vehicle?
12      A      Yes, I do.
13      Q      And it's one of those big panel delivery
14             trucks?
15      A      Yes, it's a step van.
16      Q      And do you own that vehicle?
17      A      I do.
18      Q      And how long have you owned that vehicle?
19      A      I got it when I first got the route, so ten
20             years.
21      Q      Ten years ago?
22      A      Yeah.
23      Q      And as a route distributor for Weston, are
24             you considered an employee of that company
25             or are you a separate independent
```

8

```
 1                          STEVEN BLAKELY
 2              contractor?
 3      A       I'm an independent contractor.
 4      Q       And as an independent contractor do you do
 5              business under some type of corporate or
 6              business entity or do you just do business
 7              in your own --- (interrupted).
 8      A       I do business in my own.
 9      Q       In your personal name, in your own name?
10      A       In my own name, yeah.
11      Q       And do you have an interest in any other
12              companies, businesses, corporations?
13      A       Just Blakely Pumping.
14      Q       And I understand that you're a 96 percent
15              shareholder in that corporation?
16      A       Yes, sir.
17      Q       And what is the business of Blakely Pumping?
18      A       It's septic pumping and refusal.  I guess
19              that's just what it's referred to.  It
20              sounded like the thing to say at the time.
21      Q       And when was that company formed?
22      A       I want to say May of 2005, maybe.  I believe
23              it was.
24      Q       And who came up with the name of Assential
25              Pumping, which I think is genius?
```

9

```
 1                          STEVEN BLAKELY
 2      A    That was my father.
 3      Q    And do you do any active work for Blakely
 4           Pumping?  In other words, do you go out and
 5           do the job service?
 6      A    No, I'm mostly the financial, making the
 7           payments and, you know, all that kind of end
 8           of it.
 9      Q    The back office?
10      A    Yeah, yeah.  Taking care of the paperwork.
11      Q    Okay.  In connection with the startup
12           expenses of that corporation, which I
13           presume was by and large the pump truck ---
14           (interrupted).
15      A    Basically the pump truck and then ---
16           (interrupted).
17      Q    Some advertising?
18      A    -- to be incorporated, you know, something
19           like that.  Some -- I think we did maybe a
20           little bit of advertising.
21      Q    Did you and your brother share the startup
22           expenses?
23      A    I mostly contributed to that.
24      Q    And does Blakely Pumping have any employees
25           other than yourself and your brother?
```

1                         STEVEN BLAKELY

2      A     No.

3      Q     Other than Blakely Pumping and your route

4            distribution for Weston, do you have any

5            interest in any other businesses?

6      A     I do not.

7      Q     And prior to working for Weston, were you

8            employed?

9      A     No, I did that right out of high school.

10     Q     And can you give me the benefit of your

11           educational background?

12     A     I have a high school degree and I attended

13           two years of college but did not finish.

14     Q     And would you -- did you attend the same

15           high school as your brother?

16     A     I did, yes.

17     Q     And what year did you graduate?

18     A     '94.

19     Q     And where did you do your two years of

20           college?

21     A     Ulster.

22     Q     Ulster Community?

23     A     Yes.

24     Q     And you finished with an associate's degree?

25     A     No.  I didn't finish.

11

1                          STEVEN BLAKELY

2        Q    Oh, you didn't finish?

3        A    Yeah.

4        Q    You were working towards your associate's

5             degree?

6        A    Yes, I'm still working towards that.  Yeah.

7        Q    Okay.  Who was primarily responsible for

8             acquiring the pump truck that was used in

9             the business?

10       A    You mean, basically, going and getting it?

11       Q    Yes.

12       A    I made the initial phone calls.

13       Q    And was that pump truck purchased new or

14            used?

15       A    New.

16       Q    Other than the pump truck, did the

17            corporation itself acquire any other

18            vehicles?

19       A    It did not.

20       Q    When the pump truck was purchased, was it

21            purchased individually or in the name of the

22            corporation?

23       A    When it was purchased, it was purchased

24            under my name.

25       Q    Was it financed?

12

                              STEVEN BLAKELY

1

2      A      Yes.

3      Q      And who did the financing?

4      A      Navistar Financial Corporation.

5      Q      Still making payments on it?

6      A      Yes, sir.

7      Q      It's Navistar?

8      A      Yes.

9      Q      As a condition of driving the car off the

10            lot, did you have to obtain insurance for

11            the pump truck?

12     A      We did.

13     Q      And how was that arranged?

14     A      I called a lady by the name of Chandy Stott.

15            At that time she was with the DeForest

16            Group, and she took care of everything for

17            me over the phone.

18     Q      And at the time that you had this discussion

19            with Chandy about the use of the pump truck,

20            did you have any conversations as to whether

21            or not any other vehicles would be used for

22            the business?

23     A      Basically, I called her up like I usually do

24            and -- because she's done a couple of my own

25            personal vehicles also.  I called her up and

13

STEVEN BLAKELY

1

2      I said I need insurance on this particular

3      vehicle.  We didn't -- I don't ever get into

4      the paperwork with her, you know, too

5      deeply.  I just -- she gives me the

6      insurance I need and that was it.

7   Q  So, as I understand your answer, the issue

8      of whether or not any other vehicles were

9      being used for the business did not come up

10     with Ms. Stott?

11  A  It did not.

12     BY MR. GOLDSTEIN:

13         We're talking about the pump truck?

14     BY THE WITNESS:

15         Talking about --- (interrupted).

16     BY MR. BRILL:

17         At the time he --- (interrupted).

18     BY THE WITNESS:

19         Got insurance --- (interrupted).

20     BY MR. BRILL:

21         -- acquired the insurance for the pump

22     truck, the subject of using personal

23     vehicles for the company was not discussed

24     with him by Ms. Stott.

25     BY MR. GOLDSTEIN:

14

```
 1              STEVEN BLAKELY
 2              When was the insurance bought for the
 3      pump truck as opposed to the insurance for
 4      the business, the general business
 5      liability?
 6      BY MR. BRILL:
 7   Q  When was pump truck acquired?
 8   A  I'm not positive of the dates.  The ---
 9      (interrupted).
10   Q  Approximately?
11   A  I mean, I would say we purchased the truck
12      sometime in May of '05, there, or April of
13      '05.  I'm sure right around there.
14   Q  A significant -- a number of months before
15      Mr. Slingerland's accident?
16   A  Yes.
17      BY MR. GOLDSTEIN:
18              My question was, you bought a business
19      policy as well?
20      BY THE WITNESS:
21              Bought a general liability policy?
22      BY MR. GOLDSTEIN:
23              Right.
24      BY THE WITNESS:
25              Yes.
```

15

```
1                          STEVEN BLAKELY
2          BY MR. GOLDSTEIN:
3                  Was that purchased before you
4          purchased the pump truck?
5          BY THE WITNESS:
6                  That was purchased -- I don't know the
7          exact date.  I know that we incorporated
8          right around the same time we got the truck.
9          Whether or not it was before or after I'm
10         not positive of.
11         BY MR. GOLDSTEIN:
12                 And when you bought the initial
13         business policy, did you also buy the
14         non-owned hired automobile endorsement at
15         the same time?
16         BY THE WITNESS:
17                 I don't even know what that is, to be
18         honest with you.
19         BY MR. GOLDSTEIN:
20                 Okay.
21         BY MR. BRILL:
22    Q    When you dealt with Ms. Stott on your
23         insurance needs, do you know did you obtain
24         one policy for the business and the pump
25         truck or two different policies?
```

16

                              STEVEN BLAKELY

1

2    A    I want to say it was one policy.  I don't

3         really remember.

4    Q    And at any time after the pump truck was

5         insured with Ms. Stott or through the

6         companies that she placed the coverage with,

7         did you ever have any discussions with her

8         or any other insurance people about the use

9         of personal vehicles for the corporation?

10   A    Not that I recall.

11   Q    And the timeframe I'm particularly

12        interested in, of course, is prior to

13        Mr. Slingerland's accident?

14   A    Not that I recall.

15   Q    Same answer, right.  Now, after

16        Mr. Slingerland was injured, there was a

17        lawsuit against Blakely Pumping,

18        Incorporated and your brother, correct?

19   A    Yes.

20   Q    And as part of the proceedings in that

21        lawsuit that was brought by Mr. Slingerland,

22        I believe that you were asked to attend a

23        deposition on June 13, 2007 right here in

24        Poughkeepsie, correct?

25   A    Yes.

17

STEVEN BLAKELY

1

2  Q    And at that time you were asked certain

3       questions about the accident by

4       Mr. Goldstein, and at the time you were

5       represented by an attorney from the office

6       of Craig Curcio?

7  A    I guess so, yeah.

8  Q    And at some point after you attended that

9       deposition did somebody send you a booklet,

10      a transcript of your deposition, and ask you

11      to review it for any corrections?

12  A   I don't know for sure.

13  Q   Is the testimony that you gave at the

14      deposition on June 13, 2007 truthful and --

15      was the testimony that you provided at the

16      June 13, 2007 deposition truthful and

17      accurate?

18  A   Yes.

19      BY MR. BRILL:

20          Let me have this marked as an exhibit.

21

22          (Whereupon, the above-referred-to

23      June 13, 2007 deposition transcript of

24      Steven Blakely was marked as Plaintiff's

25      Exhibit 11 for Identification, as of this

MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

18

1                          STEVEN BLAKELY

2              date, by the reporter.)

3

4    Q     I'd like to show you what's been marked as

5          Plaintiff's Exhibit 11, which I represent to

6          you that's a copy of your deposition from

7          June of 2007, and the only reason I show it

8          to you is if you would like an opportunity

9          to review it to make sure that it was

10         truthful and accurate or are you comfortable

11         that --- (interrupted).

12   A     I'm comfortable that it's accurate.

13   Q     Okay.  Thank you.  The vehicle that you use

14         for your work for Weston, the panel -- the

15         step truck?

16   A     Yes.

17   Q     That's insured I presume?

18   A     Yes.

19   Q     Did Ms. Stott assist you in obtaining

20         insurance for that vehicle?

21   A     That was a different lady, actually.  It was

22         a lady by the name of Deanna Tyler.

23   Q     And Deanna, D-e-a-n-n-a?

24   A     Yes.

25   Q     Tyler, T-y-l-e-r?

19

1                            STEVEN BLAKELY

2        A     Yes.

3        Q     And did she also work with Ms. Stott or

4              someplace else?

5        A     Someplace else.

6        Q     Where did she work?

7        A     She's now at The DeForest Group, but she has

8              been other spots, also.

9        Q     And do you know what kind of policy insures

10             your panel truck?

11       A     I do not.

12       Q     Do you use any personal vehicles in

13             connection with the Weston business that you

14             do?

15       A     No.   That's the only one.

16       Q     You don't have -- just the panel truck?

17       A     Yeah.

18       Q     And do you understand that the coverage that

19             was acquired for you for the step truck was

20             a commercial automobile insurance policy?

21       A     Yes.

22       Q     Do you know what the difference is between a

23             commercial automobile insurance policy and a

24             personal auto policy when it comes to the

25             use of vehicles for your business?

MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

STEVEN BLAKELY

A    No.

Q    Do you have any understanding of that?

A    Not really, no.

Q    Do you know for how many years you've had
commercial automobile insurance for your
panel truck?

A    Probably since the start of the ownership.

Q    And has Ms. Tyler been the person who has
taken care of your insurance needs for that
truck from the beginning?

A    No.  At one point it was Ms. Stott.

Q    And Ms. Tyler took it over after she left
The DeForest Group?

A    Yeah.

Q    And did Ms. Stott take care of it from the
time you acquired the truck until the time
she left The DeForest Group?

A    No, it was switched around.  She was in a
different area.  She was doing personal and
there was another one doing commercial
and -- it's switched several times.

Q    Besides Ms. Stott and Ms. Tyler, do you
remember the names of anybody else who
assisted you with insurance in terms of the

21

|  |  |  |
|---|---|---|
| 1 |  | STEVEN BLAKELY |
| 2 |  | step truck? |
| 3 | A | No. |
| 4 | Q | Do you have copies of those insurance |
| 5 |  | policies for the panel truck? |
| 6 | A | I do have copies of, like, the most recent |
| 7 |  | ones.  Any of the ones I've had in the past |
| 8 |  | are probably thrown away. |
| 9 | Q | Okay.  That was my question.  And besides |
| 10 |  | the panel truck, do you have other vehicles |
| 11 |  | at your home? |
| 12 | A | Yes. |
| 13 | Q | What kind of vehicles? |
| 14 | A | I have a 1972 Impala. |
| 15 | Q | Anything else? |
| 16 | A | I have a Ford Explorer '02. |
| 17 | Q | '02. |
| 18 | A | Yeah. |
| 19 | Q | Anything else? |
| 20 | A | And my wife has an Altima. |
| 21 | Q | What year is that? |
| 22 | A | '05. |
| 23 | Q | '05? |
| 24 | A | '05, '06, something like that. |
| 25 | Q | Those have personal automobile insurance |

22

```
 1                    STEVEN BLAKELY
 2            policies on them?
 3      A     Yes.
 4      Q     And who takes care of the insurance for
 5            those vehicles?
 6      A     She has her own with the two vehicles, the
 7            Altima and the Explorer, and I have another
 8            separate one with the Impala.
 9      Q     And who insures the Impala?
10      A     The Impala is through The DeForest Group,
11            also.
12      Q     And what about your wife's cars, the
13            Explorer and --- (interrupted).
14      A     Those I think are still up at Naccarato.
15      Q     Did you ever obtain an excess or umbrella
16            liability policy in connection with the
17            business of Blakely Pumping?
18      A     I don't even know what that is.
19      Q     When you originally obtained the insurance
20            policy from National Grange, did you read
21            it?
22      A     No.
23      Q     Did your brother read it?
24      A     No.
25      Q     And did you ever have any conversations
```

23

| | | STEVEN BLAKELY |
|---|---|---|
| 1 | | |
| 2 | | about the National Grange policy with |
| 3 | | anybody at DeForest or Naccarato after the |
| 4 | | accident? |
| 5 | A | No. |
| 6 | Q | How about before the accident? |
| 7 | A | No. |
| 8 | Q | Were you the president of Blakely Pumping? |
| 9 | A | I am the president, yeah. |
| 10 | Q | And you are the president.  And your brother |
| 11 | | is the vice president? |
| 12 | A | Yes. |
| 13 | Q | Did you ever have to use a vehicle in |
| 14 | | connection with the business of Blakely |
| 15 | | Pumping? |
| 16 | A | No. |
| 17 | Q | Blakely Pumping have an accountant by the |
| 18 | | name of Richard Merck? |
| 19 | A | Yes. |
| 20 | Q | And did you ever discuss the insurance |
| 21 | | requirements of the company with Mr. Merck? |
| 22 | A | No. |
| 23 | Q | Who is presently servicing your insurance |
| 24 | | needs? |
| 25 | A | You know, I'd have to get you that name.  I |

24

STEVEN BLAKELY

```
 1                    don't know for sure.
 2    Q    And that name is somebody associated with
 4                    what company?
 5    A    The DeForest Group, and she's another one
 6                    that's in charge of the commercial end of
 7                    things.
 8    Q    Okay.  And other than The DeForest Group,
 9                    are you using any other insurance agencies
10                    for the automobile insurance, personal or
11                    commercial?
12    A    I do have something in Naccarato.
13    Q    Do you know what it is you have at
14                    Naccarato?
15    A    I think it's -- I want to say Preferred
16                    Mutual is the policy itself, but I can't
17                    recall on what.
18    Q    Do you know what that's for?  Is that ---
19                    (interrupted).
20    A    I want to say something for the home.
21    Q    For the homeowner's?
22    A    Yeah, homeowner's.
23    Q    And you deal with Ms. Stott at Naccarato?
24    A    No, I don't deal with her anymore.  She's
25                    missing in action.  I don't know where she
```

25

```
 1                    STEVEN BLAKELY

 2          is.

 3    Q     Who do you deal with at Naccarato?  Do you

 4          remember?

 5    A     Nobody in particular.

 6    Q     After the accident involving

 7          Mr. Slingerland, did the corporation ever

 8          acquire business -- commercial automobile

 9          insurance for the use of your brother's

10          pickup truck or replacement truck after the

11          accident?

12                I don't know if was totaled or not or

13          repaired.  Did the corporation acquire

14          commercial automobile insurance for any

15          vehicles used in connection with Blakely

16          Pumping?

17    A     No.

18    Q     What happened to the pickup truck after the

19          accident?

20    A     I believe it was totalled.

21    Q     Okay.

22    A     But I mean -- no, actually -- I'm sorry --

23          it wasn't totaled.  It was fixed and he --

24          through insurance fixed it.  It wasn't

25          completely totalled, but it was ---
```

27

```
1                          STEVEN BLAKELY
2              accident was owned by him personally,
3              correct?
4         A    Yes.
5         Q    And it's your understanding that at the time
6              of the accident your brother was an officer
7              of Blakely Pumping, Incorporated?
8         A    Yes.
9              BY MR. BRILL:
10                  Thank you.  I have no further
11             questions.
12             BY MR. GOLDSTEIN:
13                  I just have a few.
14    EXAMINATION BY MR. GOLDSTEIN:
15        Q    Paul Goldstein, as you know.  You
16             incorporated the business in what year?
17        A    I want to say '05.
18        Q    And when you incorporated the business,
19             around that time you bought a pump truck?
20        A    A pump truck, yeah.
21        Q    And you were incorporated by an accountant
22             named?
23        A    Richard Merck.
24        Q    Merck?
25        A    Yeah.
```

28

STEVEN BLAKELY

1

2    Q    Now, did he advise you or did anyone advise

3         you that you should go get some insurance

4         for the business?

5    A    No one advised me, no.

6    Q    You knew from just experience it's a good

7         idea to have insurance or what ---

8         (interrupted).

9    A    Well, when I made the phone call to insure

10        the truck, she said that you need to also

11        have another -- a general liability policy,

12        I guess it is, so I got that also.

13   Q    And this would be Chandy Stott?

14   A    Yes.

15   Q    And you knew Chandy Stott for how long prior

16        to that phone call?

17   A    Probably six, seven years.

18   Q    And how did you know her for six, seven

19        years?

20   A    Just through work, you know, doing business

21        with her, personal vehicles or whatever.

22   Q    Because she had insured your personal

23        vehicles?

24   A    Yes.

25   Q    You're an independent contractor, are you

29

```
1                    STEVEN BLAKELY

2          not, for Entenmann's?

3      A   I am.

4      Q   Now, is that business somehow insured

5          through DeForest?

6      A   That --- (interrupted).

7      Q   Through Chandy Stott?

8      A   No, not -- I mean, it's through -- I can't

9          remember the -- DeForest Group, through ---

10         (interrupted).

11     Q   Yes, that's what I mean.

12     A   Oh, yeah, yeah, yeah.  Not through Chandy

13         anymore though, but...

14     Q   Right, but through DeForest Group you had

15         some kind of a commercial business liability

16         policy or did you --- (interrupted).

17     A   There is a policy through DeForest for that

18         business, yes.

19     Q   And do you know what kind of policy that is?

20     A   I do not.

21     Q   And did Chandy Stott assist you in getting

22         that policy?

23     A   She did, yeah.  Well, I mean, there's been a

24         new one since, but at that time, yes.

25     Q   So, the interview that you had with Chandy,
```

30

```
 1                    STEVEN BLAKELY
 2         was that by phone or in person?
 3    A    It's usually always by phone.  I don't meet
 4         with her.
 5    Q    And what questions did she ask you about the
 6         new business?
 7    A    Nothing, except for -- I did basically call
 8         her.  I said I need insurance for this truck
 9         and then she said, well, you're going to
10         need insurance for the business, also, and I
11         said, okay, set me up.
12    Q    Did you explain to her that the business
13         consisted of two employees, you and your
14         brother, or did she inquire about that?
15    A    At that time I don't think she even
16         inquired.
17    Q    Well, who was going to get you the Worker's
18         Comp. benefits?
19    A    Who was going to get me Worker's Comp.?
20    Q    Yes.  At one time you said you had talked
21         about getting Worker's Comp. and you
22         realized it was too expensive.
23    A    Well, we realized -- because originally my
24         father was also going to be an officer in
25         the business and he wound up not because it
```

31

                         STEVEN BLAKELY

1

2          was going to be too expensive.

3     Q    Who gave you the quote on the Worker's Comp.

4          premiums?

5     A    Probably Chandy.

6     Q    So, did she understand that the two

7          employees would be you and your brother?

8     A    I believe so.

9     Q    And did you discuss with her when you would

10         use the pump truck and when you wouldn't use

11         the pump truck?

12    A    Meaning, whether or not you had a job or

13         not?  Is that what you mean?

14    Q    Right.  What I mean is would there be a

15         time, an occasion, that you would use other

16         vehicles other than the pump truck in the

17         course of your business?

18    A    I don't think we even went over that.

19    Q    At that time she insured your motor

20         vehicles?

21    A    She, at that time --- (interrupted).

22    Q    When I say she, DeForest Group insured your

23         motor vehicles?

24    A    Right, I believe so.  You mean got me an

25         insurance card?

32

1                          STEVEN BLAKELY

2     Q     Yes.

3     A     Is that what you mean?

4     Q     Yes.  In other words, you purchased your

5           insurance for your own motor vehicles

6           through her?

7     A     Right.

8     Q     Now, the truck that you drive ---

9           (interrupted).

10          BY MR. BRILL:

11               When you say her, you're referring to

12          DeForest Group?

13          BY MR. GOLDSTEIN:

14               To DeForest Group.

15    Q     Correct?

16    A     Um-hm.

17    Q     In Entenmann's you have a delivery truck?

18    A     Yes.

19    Q     Who did you insure that through?

20    A     That was insured through DeForest Group.

21    Q     And do you own that truck?

22    A     I do.

23    Q     Did she at any time ask you what kind of

24          vehicle your brother drives?

25    A     No.

33

```
 1                        STEVEN BLAKELY

 2    Q    Or if your brother would be using a vehicle

 3         in the business?

 4    A    No.

 5         BY MR. GOLDSTEIN:

 6              Nothing further.  Thank you.

 7

 8              (Whereupon, there was a discussion

 9         held off the record.)

10

11         BY MR. GOLDSTEIN:

12              Oh, I'm sorry.

13    Q    When you heard of the accident, did you at

14         any time call Chandy Stott or anyone from

15         DeForest Group to tell them about the

16         accident?

17    A    No, I didn't.

18    Q    At any time did you receive some legal

19         process suing you for this accident?

20    A    No.

21    Q    Suing the corporation for this accident?

22         When I mean you, I mean the corporation, for

23         this accident.

24    A    Did I receive?

25    Q    Some kind of legal papers saying that your
```

MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

34

1                          STEVEN BLAKELY

2              corporation was being sued for the accident

3              your brother was in.

4      A       Just when this situation came up, I received

5              that paperwork, yeah.

6      Q       And did you ever advise either Chandy Stott,

7              DeForest, or National Grange about the suit?

8      A       No, I didn't.

9      Q       Do you know -- did you give -- who did you

10             give the papers to?

11     A       I believe -- I didn't give them to anybody.

12             I believe it was taken care of when Mainetti

13             got involved with that and that's when NGM

14             was notified.

15     Q       And did you speak with Mainetti?

16     A       I didn't personally.  My brother did.

17     Q       So, you let your brother handle that aspect

18             when you were served with papers?

19

20                  (Continued on next page to include

21             jurat.)

22

23

24

25

35

```
 1                      STEVEN BLAKELY

 2      A      Yes, sir.

 3             BY MR. GOLDSTEIN:

 4                    Okay.   That's it.

 5             BY MR. BRILL:

 6                    That's it.

 7

 8                    (Whereupon, the deposition of

 9             STEVEN BLAKELY was concluded at 1:09 p.m.)

10

11

12                            X_____
                              STEVEN BLAKELY

13

14

15      Subscribed and sworn to before me

16      this_____ day of_____2008.

17      X_____
        NOTARY PUBLIC

18

19

20

21

22

23

24

25
```

MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

36

1

2                          I N D E X

3

4    WITNESS                                PAGE

5    STEVEN BLAKELY                          4

6

7

8

9    EXAMINATION BY                         PAGE

10   MR. BRILL                               4

11   MR. GOLDSTEIN                          27

12

13

14

15

16   PLAINTIFF'S EXHIBITS
     FOR IDENTIFICATION        DESCRIPTION   PAGE

17
     11          June 13, 2007 deposition    17
18               transcript of Steven Blakely

19

20

21

22

23

24

25

                MARY T. BABIARZ COURT REPORTING SERVICE, INC.
                           (845) 471-2511

37

```
 1
 2                    C E R T I F I C A T E
 3     STATE OF NEW YORK      )
                              )SS:
 4     COUNTY OF DUTCHESS     )
 5
 6             I, THERESA SEHOLM, a Court Reporter and
 7     Notary Public within and for the State of New York, do
 8     hereby certify:
 9
10             That STEVEN BLAKELY,
11     the witness whose deposition is hereinbefore set
12     forth, was duly sworn by me and that such deposition
13     is a true record of the testimony given by the
14     witness.
15             I further certify that I am not related to
16     any of the parties to this action by blood or marriage
17     and I am in no way interested in the outcome of this
18     matter.
19             IN WITNESS WHEREOF, I have hereunto set my
20     hand this 4th day of February, 2008.
21
22
23                              Theresa Seholm
                          ───────────────────────
24                              Theresa Seholm
25
```

38

1

2                          LAWYER'S NOTES

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25