UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NGM INSURANCE COMPANY,

                              Plaintiff,

  -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY]
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                              Defendants.
------------------------------------------------------------------------x

CROSS-NOTICE OF
MOTION FOR
SUMMARY JUDGMENT

Docket No.
07-CV-6517

Hon. Charles L. Brieant

S I R S:

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of PAUL J. GOLDSTEIN, dated the 7th day of April, 2008, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before The Honorable Charles L. Brieant, at the United States District Court for the Southern District of New York, in Room 218 at the Courthouse located at 300 Quarropas Street, White Plains, New York, on the 2nd day of May, 2008, or as soon thereafter as counsel can be heard for an Order pursuant to F.R.C.P. §56 granting defendants, Peter J. Slingerland and Nancy Slingerland, summary judgment, and for such further and other relief that this Court deem just and proper.

Dated: Poughkeepsie, new York
      April 7, 2008

                                                        GOLDSTEIN & METZGER, LLP
                                                        Attorneys for Defendants, *Peter J.*
                                                         *Slingerland and Nancy Slingerland*

                                                        By_____
                                                         Paul J. Goldstein (9722)
                                                        40 Garden Street
                                                        Poughkeepsie, New York 12601
                                                        Tel. 845/473-7000

TO: BRILL & ASSOCIATES, P.C.
Attorneys for Plaintiff
111 John Street, Suite 1070
New York, NY 10038

TO: COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
Attorneys for Blakely Pumping, Inc. d/b/a Assential Pumping, Inc, and Brian J. Blakely
85 Main Street, PO Box 3939
Kingston, NY 12402

TO: PROGRESSIVE CASUALTY INSURANCE COMPANY
c/o New York State Superintendent of Insurance
25 Beaver Street
New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NGM INSURANCE COMPANY,

                          Plaintiff,

   -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                         Defendants.
-----------------------------------------------------------------x

AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-NOTICE OF MOTION FOR SUMMARY JUDGMENT

Docket No. 07-CV-6517

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF DUTCHESS )

**PAUL J. GOLDSTEIN**, being duly sworn, deposes and says:

1. I am a member of GOLDSTEIN & METZGER, LLP, attorneys for defendants, Peter J. Slingerland and Nancy Slingerland, and submit this affidavit, the annexed exhibits, and the accompanying Memorandum of Law, in opposition to plaintiff's motion for summary judgment, and in support of defendants', Peter J. Slingerland and Nancy Slingerland, motion for summary judgment.

2. A Response to Statement of Undisputed Facts pursuant to Local Rule 56.1 is submitted herewith along with a Memorandum of Law. The following exhibits are annexed:

Exhibit 1 - Affidavit of Peter J. Slingerland, sworn to on April 3, 2008;

Exhibit 2 - Police Accident Report, of November 3, 2005 accident.

3. The original underlying personal injury action was commenced on December 7, 2005, against Brian J. Blakely, only. (Ex. "B"). Alfred B. Mainetti, Esq., attorney for Blakely, forwarded the summons and complaint to the plaintiff, on January 3, 2006, requesting

coverage because Mr. Blakely was employed, and in the course of his employment, with Blakely Pumping, Inc., at the time of the accident. (Ex. "M").

4. On February 9, 2006, the pleadings were amended to include defendant, Blakely Pumping, Inc. d/b/a Assential Pumping. (Ex. "B", pg 6).

5. On February 1, 2006, the first disclaimer was sent by plaintiff, disclaiming coverage based upon a policy exclusion in the Businessowners Liability policy under subparagraph "g", relating to no coverage for bodily injury arising out of the use of an auto owned or operated by any insured. (Ex. "P"). However, Blakely Pumping, Inc., purchased a "Hired Auto and Non-Owned Auto Liability" endorsement with the Businessowners policy, and that endorsement deleted the exclusion under which plaintiff based its disclaimer. (Ex. "Q", pg 32).

6. On March 18, 2006, by letter from Alfred J. Mainetti, Esq., corporate attorney for Blakely Pumping, Inc., and on March 20, 2006, by letter of Paul J. Goldstein, Esq., attorney for the Slingerlands, NGM was sent the Amended pleadings. (Exs. "R" and "S").

7. On March 23, 2006, by letter of Wendy A. Tulowiecki, Senior Claims Representative, NGM disclaimed coverage, once again, based on the same exclusion in the Businessowners policy which was deleted by the "Hired Auto and Non-owned Auto Liability" endorsement. (Ex. "T").

8. The "Hired Auto and Non-Owned Auto Liability" endorsement changes the Businessowners policy as follows:

"**B.** For insurance provided by this endorsement only: **1.** The exclusions, under the Businessowners Liability Coverage Form, Paragraph **B.1.** Applicable to Business Liability

Coverages, other than exclusions **a., b., d., f.** and **I.** are deleted...." Exclusion g. was the exclusion under which plaintiff disclaimed.

9. Therefore, the disclaimer was ineffective! On August 4, 2006, seven (7) months after plaintiff's first notice of the facts of this accident, which it received in January, 2006, and after their time to answer the underlying lawsuit had expired, plaintiff, NGM disclaimed coverage based upon provisions in the "Hired Auto and Non-Owned Auto Liability" endorsement. (Ex. "V").

10. It is submitted, in this application, and as further detailed in the Memorandum of Law, that the disclaimer was ineffective and too late for effective disclaimer. Further, that while under the policy provisions, there may be no coverage for Brian Blakely, there is coverage for Blakely Pumping, Inc., the named insured corporation.

11. Coverage is afforded to Blakely Pumping, Inc.! In the introduction to the Businessowners Liability Coverage Form, the "Named Insured shown in the Declarations" is referred to as "You" or "Your". (Ex. "Q", pg 8). In the "Hired Auto and Non-Owned Auto Liability" endorsement, section **C. 3.** "Non-Owned Auto" is defined as any auto **you** (emphasis supplied) do not own, lease, hire or borrow which is used in connection with **your** (emphasis supplied) business. Then there is some qualifying language if you are a partnership, which is not applicable in this case because "you" is a corporation. Thus, the Blakely motor vehicle is clearly a "non-owned auto", as the corporation neither owned, leased, hired or borrowed the vehicle and it was being used in connection with the corporation's business in going to a customer to assess a pump job.

12. Section **A.2. "Non-owned Auto Liability"** of the "Hired Auto and Non-Owned Auto Liability" endorsement states that the insurance applies to bodily injury arising out of the use of any "non-owned auto" in "your [the corporation's] "business by any person other than you" [the corporation]. The 2004 Dodge Ram pickup driven by Brian Blakely, an employee of Blakely Pumping, Inc., on November 3, 2005, was a "non-owned auto" being used in the business of Blakely Pumping, Inc. When the vehicle caused bodily injury to Peter Slingerland arising out of the use of the auto in the business of Blakely Pumping, Inc., it was not being used by the corporation, but by Brian Blakely, who happened to also be an "executive officer" of the corporation. The policy does exclude coverage for Brian Blakely because he is an "executive officer" but does not exclude coverage for the corporation.

12. The disclaimer was ineffective and the policy provides coverage for this tragic accident, and therefore the Court should grant defendants, Slingerland, summary judgment and deny plaintiff summary judgment.

_____
PAUL J. GOLDSTEIN

Sworn to before me this

7th day of April, 2008.

_____
Notary Public

JEAN A. O'GORMAN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 11-30-2010

EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
NGM INSURANCE COMPANY,

                              Plaintiff,

            -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                              Defendants.
---------------------------------------------------------------------x

**AFFIDAVIT**

Docket No. 07-CV-6517

**Hon. Charles L. Brieant**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF DUTCHESS )

    **PETER J. SLINGERLAND**, being duly sworn, deposes and says:

    1. I am one of the defendants in the above captioned action, and as such am fully familiar with this matter, and submit this affidavit in opposition to the motion for summary judgment of plaintiff, NGM Insurance Company, and in support of my motion and my wife's, Nancy Slingerland, for summary judgment. The facts alleged herein are based mostly upon what I have learned after my accident from my wife, healthcare providers, Brian Blakely, and the police accident reports, as I have no memory of the accident. As a result of the injuries sustained in the accident of November 3, 2005, I was rendered unconscious. My first memory is around Christmas, 2005. I have permanent brain damage which affects my ability to concentrate, to interact with other people, to communicate, to perform cognitive functions, to put words and sentences together, and such other kinds of activities.

    2. I am 59 years old, being born July 23, 1948. I am married to Nancy Slingerland. I am presently a Human Resources Manager for Staff Line, Inc., Poughkeepsie, New York, the job I had prior to the accident. Although I am performing the same job, I do it much more slowly, with assistance, and am exhausted at the end of a day because of my having to overcompensate for my injuries.

3. On November 3, 2005, I was driving a 2003 Hyundai Sonata, on my way to work, which takes me on Route 28 in Kingston, New York. At the traffic light, at its intersection with Forrest Hill Drive, when the light changed from red to green, I proceeded into the intersection to make a left hand turn, while the vehicle of Brian J. Blakely, a 2004 Dodge Ram pickup, was traveling west on Route 28, proceeded through the red light striking my vehicle. The accident totaled my vehicle and rendered me unconscious. I was hospitalized at Westchester County Medical Center from November 3, 2005 to December 2, 2005. Thereafter, I went to the Taylor Care Center, at the Westchester County Medical Center, from December 2, 2005 to December 7, 2005. Thereafter, I went to Helen Hayes Hospital from December 7, 2005 to January 14, 2006, and I was an out-patient at Helen Hayes from January 19, 2006 to March 16, 2006.

4. Brian Blakely was insured by Progressive Insurance Company, who paid their full policy limit of $25,000.

5. In my suit, pending in Ulster County Supreme Court, I have also sued Blakely Pumping, Inc., on the basis that they are liable because Mr. Blakely was in the course of his employment with them at the time of my accident. It is my understanding that plaintiff, NGM Insurance Company, has retained the law offices of Kelly & Meenagh, LLP, to defend Blakely Pumping, Inc. They have already deposed me in that action.

6. I respectfully request that the Court deny plaintiff's motion for summary judgment and grant my and my wife's application for summary judgment.

_____
PETER J. SLINGERLAND

Sworn to before me this
3rd day of April, 2008.

_____
Notary Public

PAUL J. GOLDSTEIN
Notary Public, State of New York
Qualified in Dutchess County
January 31, 2011

2

Goldstein & Metzger, LLP
30 Garden Street • Poughkeepsie, NY 12601 • (845) 473-7000

EXHIBIT 2

# POLICE ACCIDENT REPORT
**MV-104A (7/01)** — DMV COPY

New York State Department of Motor Vehicles

Local Codes
Accident #: UL-00708-05
Blotter #: UL-013974-05

**AMENDED REPORT**

| Accident Date | | | Day of Week | Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photo's |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 11 | Day 3 | Year 2005 | Th | 07:30 | 2 | 1 | 0 | Accident Reconstructed ☐ | ☐ | ☒ Yes ☐ No |

## VEHICLE 1  |  ☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver**
- License ID Number: 511 268 657    State of Lic.: NY
- Driver Name: BLAKELY, BRIAN J
- Address: 133 PINEY POINT ROAD
- City: BOICEVILLE   State: NY   Zip: 12412-
- Date of Birth: Month 2 / Day 12 / Year 1984   Sex: M   Unlicensed ☐
- No. of Occup.: 1   Public Property Damaged ☐
- Name on registration: BLAKELY, BRIAN J   Sex: M   DOB: 2/12/1984
- Address: 133 PINEY POINT ROAD
- City: BOICEVILLE   State: NY   Zip: 12412-
- Plate Number: 26788JB   State of Reg.: NY   Veh Year & Make: 2004 DODGE   Veh Type: PIC   Ins. Code: 038
- Ticket/Arrest Number(s): LU 808180 2
- Violation Section(s): V&T 1111 D1   PASSING RED LIGHT/FAILED TO STOP

**VEHICLE 2 - Driver**
- License ID Number: 178 116 575   State of Lic.: NY
- Driver Name: SLINGERLAND, PETER J
- Address: 21 TALL OAKS DRIVE
- City: KINGSTON   State: NY   Zip: 12401-
- Date of Birth: Month 7 / Day 23 / Year 1948   Sex: M   Unlicensed ☐
- No. of Occup.: 1   Public Property Damaged ☐
- Name on registration: SLINGERLAND, PETER J   Sex: M   DOB: 7/23/1948
- Address: 21 TALL OAKS DRIVE
- City: KINGSTON   State: NY   Zip: 12401-
- Plate Number: ADR7398   State of Reg.: NY   Veh Year & Make: 2003 HYUNDAI   Veh Type: PAS   Ins. Code: 328

**Vehicle 1 Damage Codes**
- Box 1 - Point of Impact: 2   Box 2 - Most Damage: 2
- Enter up to three more Damage Codes: 1, 3

**Vehicle 2 Damage Codes**
- Box 1 - Point of Impact: 11   Box 2 - Most Damage: 17
- Enter up to three more Damage Codes: 12, 10

Vehicle 1 Towed: By PARAMOUNT To PARAMOUNT
Vehicle 2 Towed: By TIMS AUTOMOTIVE To TIMS AUTOMOTIVE

**Accident Diagram:** Right Angle (circled)

**VEHICLE DAMAGE CODING:**
1-13 See diagram on right.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.  ☒ Yes  ☐ No

**Reference Marker:** 2 8 1 / 8 6 0 1 / 2 0 1 5
Coordinates: Longitude/Northing: 074.02.561   Latitude/Easting: N41.56.953

**Place Where Accident Occurred:**
- County: ULSTER   ☒ Town of ULSTER
- Road on which accident occurred: STATE ROUTE 28
- at 1) Intersecting Street: FOREST HILL DR

**Accident Description/Officer's Notes:**
Vehicle #2 traveling south on Forrest Hill Drive and stopped at intersection controlled by a traffic signal. At change of signal light from red to green, vehicle #2 proceeded into intersection. Vehicle #1 traveling west on Rt. 28 in right hand driving lane, proceeded through red traffic signal and swerved left just prior to collision, striking vehicle #2 at a right angle impact.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 01 | A | 01 | 21 | M | X | X | 06 | 9995 | 5503 | BLAKELY, BRIAN J | |
| B | 02 | 01 | A | 01 | 57 | M | 09 | 03 | 02 | 9992 | 5905 | SLINGERLAND, PETER J - UL-00713-05 | |
| C | - | - | - | - | - | - | - | - | - | - | - | | |
| D | - | - | - | - | - | - | - | - | - | - | - | | |
| E | - | - | - | - | - | - | - | - | - | - | - | | |
| F | - | - | - | - | - | - | - | - | - | - | - | | |

Officer's Rank and Signature: [signature]
Print Name in Full: SGT DONALD K KOEPPEN
Badge/No: 105
NCIC No: NY0559500
Precinct/Post/Troop/Zone: F/3
Station/Beat/Sector: B
Reviewing Officer: [signature]
Date/Time Reviewed: 11.4.05  12:00

**Local Codes**
Accident#: UL-00708-05
Blotter#: UL-013974-05

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (7/01)

☐ AMENDED REPORT    DMV COPY

| Accident Date | | | Day of Week | Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photo's |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | Accident Reconstructed ☐ | | ☒ Yes ☐ No |
| 11 | 3 | 2005 | Th | 07:30 | 2 | 1 | 0 | | | |

**VEHICLE 1**    ☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

VEHICLE 1 - Driver License ID Number _____ State of Lic. ____
Driver Name-exactly as printed on license
Address (Included Number & Street) _____ Apt. No
City or Town _____ State ____ Zip Code

Date of Birth: Month 0 Day 0 Year 0   Sex ___   Unlicensed ☐   No. of Occup. 0   Public Property Damaged ☐

Name-exactly as printed on registration
Sex ___   Date of Birth: Month 0 Day 0 Year 0
Address (Include Number & Street) _____ Apt No   Haz. Mat. Code ___   Released ☐
City or Town _____ State ____ Zip Code

Plate Number | State of Reg. | Veh Year & Make | Veh Type | Ins. Code
Ticket/Arrest Number(s)
Violation Section(s)

VEHICLE 2 - Driver License ID Number _____ State of Lic. ____
(corresponding empty fields for Vehicle 2)

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1-Point of Impact
Box 2-Most Damage
Enter up to three more Damage Codes

Vehicle Towed: By ___ To ___

**VEHICLE 2 DAMAGE CODES**
(same structure)

**ACCIDENT DIAGRAM**
Check the diagram below that describes the accident or draw your own diagram in the space provided(9). Number the vehicles.

1. Rear End  2. Overtaking  3. Left Turn  0. Left Turn  4. (Right Angle - circled)  5. Right Turn  6. Right Turn  7. Head On  8. Sideswipe

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes  ☐ No

**VEHICLE DAMAGE CODING:**
1-13 See diagram on right.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Reference Marker: 2 8 / 8 6 0 1 / 2 0 1 5
Coordinates (if available)
Longitude/Northing: 074.02.561
Latitude/Easting: N41.56.953

Place Where Accident Occurred:
County: ULSTER   ☐ City ☐ Village ☒ Town of ULSTER
Road on which accident occurred: STATE ROUTE 28 (Route Number or Street Name)
at 1) Intersecting Street: FOREST HILL DR
at 2) ___ Feet / Miles   ☐ N ☐ E ☐ S ☐ W of _____

**Accident Description/Officer's Notes**

Note: Traffic signal checked by #121 and observed to be working properly. There were no skid marks at scene made by vehicle# 1 prior to impact. Operator of Vehicle #1 advised that he was driving in the right lane and did not see traffic signal because of the sun shinning on it, and did not see vehicle #2 until the last second. Witnesses: John Reynaud 845-657-5763, Paul Newsome 845-339-1959. All witnesses verify that traffic light was green on

N

Officer's Rank and Signature: _(signature)_
Print Name in Full: SGT DONALD K KOEPPEN
Badge/No: 105
NCIC No.: NY0559500
Precinct/Post Troop/Zone: ___
Station/Beat Sector: ___
Reviewing Officer: _(signature)_
Date/Time Reviewed: 11-40 7 2005

Page 3 of 3 Pages

Local Codes
Accident#: UL-00708-05
Blotter#: UL-013974-05

York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (7/01)

☐ AMENDED REPORT    DMV COPY

| Accident Date | | | Day of Week | Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photo's |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | Accident Reconstructed ☐ | ☐ | ☒ Yes ☐ No |
| 11 | 3 | 2005 | Th | 07:30 | 2 | 1 | 0 | | | |

**VEHICLE 1**  ☐ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

VEHICLE 1 - Driver License ID Number | State of Lic. | VEHICLE 2 - Driver License ID Number | State of Lic.

Driver Name-exactly as printed on license

Address(Included Number & Street) | Apt. No | Address(Included Number & Street) | Apt. No

City or Town | State | Zip Code | City or Town | State | Zip Code

Date of Birth: Month 0 Day 0 Year 0 | Sex | Unlicensed ☐ | No. of Occup. 0 | Public Property Damaged ☐

Name-exactly as printed on registration | Sex | Date of Birth: Month 0 Day 0 Year 0

Address(Include Number & Street) | Apt No | Haz. Mat. Code | Released ☐

City or Town | State | Zip Code

Plate Number | State of Reg. | Veh Year & Make | Veh Type | Ins. Code

Ticket/Arrest Number(s)
Violation Section(s)

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1-Point of Impact
Box 2-Most Damage
Enter up to three more Damage Codes

Vehicle Towed: By To

**VEHICLE 2 DAMAGE CODES** (same structure)

Check the diagram below that describes the accident or draw your own diagram in the space provided(9). Number the vehicles.

Rear End  Left Turn  **Right Angle** (circled)  Right Turn  Head On
1          3                                    5           7
Overtaking Left Turn                            Right Turn  Sideswipe
2          0                                    6           8
                          4.
**ACCIDENT DIAGRAM**

VEHICLE DAMAGE CODING:
1-13 See diagram on right.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER         18. NO DAMAGE
16. OVERTURNED      19. OTHER

9.
Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine    ☒ Yes ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 2  8 | Longitude/Northing: 074.02.561 | County ULSTER  ☐City ☐Village ☒Town of ULSTER |
| 8  6  0  1 | | Road on which accident occurred  STATE ROUTE 28 |
| 2  0  1  5 | Latitude/Easting: N41.56.953 | at 1) Intersecting Street  FOREST HILL DR |
| | | at 2) ☐N ☐E ☐S ☐W of _____ Feet Miles |

Accident Description/Officer's Notes
Forrest Hill Drive and Red on Route 28. Photo's taken by Det. Sgt. McCrindle.

USE COVER SHEET

N

Officer's Rank and Signature: _Sgt. [signature]_
Print Name in Full: SGT. DONALD K KOEPPEN
Badge/No: 105
NCIC No.: NY0559500
Precinct/Post Troop/Zone: 
Station/Beat/Sector:
Reviewing Officer: [signature] PMY
Date/Time Reviewed: 11/04/05 12:01

**PEDESTRIAN/BICYCLIST/OTHER PEDESTRIAN LOCATION**
1. Pedestrian/Bicyclist/Other Pedestrian at Intersection
2. Pedestrian/Bicyclist/Other Pedestrian Not at Intersection

**PEDESTRIAN/BICYCLIST/OTHER PEDESTRIAN ACTION**
1. Crossing, With Signal
2. Crossing, Against Signal
3. Crossing, No Signal, Marked Crosswalk
4. Crossing, No Signal or Crosswalk
5. Riding/Walking/Skating Along Highway With Traffic
6. Riding/Walking/Skating Along Highway Against Traffic
7. Emerging from in Front of/Behind Parked Vehicle
8. Going to/From Stopped School Bus
9. Getting On/Off Vehicle Other Than School Bus
11. Working in Roadway
12. Playing in Roadway
13. Other Actions in Roadway *
14. Not in Roadway (Indicate) *

**TRAFFIC CONTROL**
1. None
2. Traffic Signal
3. Stop Sign
4. Flashing Light
5. Yield Sign
6. Officer/Guard
7. No Passing Zone
8. RR Crossing Sign
9. RR Crossing Flashing Light
10. RR Crossing Gates
11. Stopped School Bus- Red Lights Flashing
12. Construction Work Area
13. Maintenance Work Area
14. Utility Work Area
15. Police/Fire Emergency
16. School Zone
20. Other *

**LIGHT CONDITIONS**
1. Daylight
2. Dawn
3. Dusk
4. Dark-Road Lighted
5. Dark-Road Unlighted

**ROADWAY CHARACTER**
1. Straight and Level
2. Straight and Grade
3. Straight at Hillcrest
4. Curve and Level
5. Curve and Grade
6. Curve at Hillcrest

**ROADWAY SURFACE CONDITION**
1. Dry
2. Wet
3. Muddy
4. Snow/Ice
5. Slush
6. Flooded
0. Other *

**WEATHER**
1. Clear
2. Cloudy
3. Rain
4. Snow
5. Sleet/Hail/Freezing Rain
6. Fog/Smog/Smoke
0. Other *

**WHICH VEHICLE OCCUPIED**
1. Vehicle No. 1
2. Vehicle No. 2
A. All-Terrain Vehicle (ATV)
B. Bicyclist
I. In-Line Skater
O. Other *
P. Pedestrian
S. Snowmobiler

**POSITION IN/ON VEHICLE**
1. Driver
2-7. Passengers
8. Riding/Hanging on Outside

**SAFETY EQUIPMENT USED**
1. None
2. Lap Belt
3. Harness
4. Lap Belt/Harness
5. Child Restraint Only
6. Helmet (Motorcycle Only)
7. Air Bag Deployed
8. Air Bag Deployed/Lap Belt
9. Air Bag Deployed/Harness
A. Air Bag Deployed/Lap Belt/Harness
B. Air Bag Deployed/Child Restraint

In-Line Skater/Bicyclist
C. Helmet Only
D. Helmet/Other
E. Pads Only
F. Stoppers Only
0. Other *

**EJECTION FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Ejected

AGE | SEX M/F

**APPARENT CONTRIBUTING FACTOR**
**Human**
2. Alcohol Involvement
3. Backing Unsafely
4. Driver Inattention/Distraction*
5. Driver Inexperience*
6. Drugs (Illegal)
7. Failure to Yield Right-of-Way
27. Failure to Keep Right
21. Fatigued/Drowsy
8. Fell Asleep
9. Following Too Closely
10. Illness
11. Lost Consciousness
12. Passenger Distraction
13. Passing or Lane Usage Improper
14. Pedestrian/Bicyclist/Other Pedestrian Error/Confusion
15. Physical Disability
16. Prescription Medication
17. Traffic Control Disregarded
18. Turning Improperly
19. Unsafe Speed
20. Unsafe Lane Changing
22. Cell Phone (hand-held)
23. Cell Phone (hands-free)
24. Other Electronic Device*
25. Outside Car Distraction*
26. Reaction to Other Uninvolved Vehicle
28. Aggressive Driving/Road Rage

New York State
Department of Motor Vehicles
**POLICE ACCIDENT REPORT**
MV-104AC (7/01)

*EXPLAIN IN ACCIDENT DESCRIPTION
If a question DOES NOT APPLY, enter a dash (–).
If an answer is UNKNOWN, enter an "X".

**LOCATION OF MOST SEVERE PHYSICAL COMPLAINT**
1. Head
2. Face
3. Eye
4. Neck
5. Chest
6. Back
7. Shoulder-Upper Arm
8. Elbow-Lower Arm-Hand
9. Abdomen - Pelvis
10. Hip-Upper Leg
11. Knee-Lower Leg-Foot
12. Entire Body

**TYPE OF PHYSICAL COMPLAINT**
1. Amputation
2. Concussion
3. Internal
4. Minor Bleeding
5. Severe Bleeding
6. Minor Burn
7. Moderate Burn
8. Severe Burn
9. Fracture - Dislocation
10. Contusion - Bruise
11. Abrasion
12. Complaint of Pain
13. None Visible
14. Whiplash

**VICTIM'S PHYSICAL AND EMOTIONAL STATUS**
1. Apparent Death
2. Unconscious
3. Semiconscious
4. Incoherent
5. Shock
6. Conscious

INJURED TAKEN  17 BY  TO 18

**Vehicular**
41. Accelerator Defective
42. Brakes Defective
43. Headlights Defective
44. Other Lighting Defects
45. Oversized Vehicle
46. Steering Failure
47. Tire Failure/Inadequate
48. Tow Hitch Defective
49. Windshield Inadequate
50. Driverless/Runaway Vehicle
60. Other Vehicular*
**Environmental**
61. Animal's Action
62. Glare
63. Lane Marking Improper/Inadequate
64. Obstruction/Debris
65. Pavement Defective
66. Pavement Slippery
67. Shoulders Defective/Improper
68. Traffic Control Device Improper/Non-Working
69. View Obstructed/Limited

**DIRECTION OF VEHICLE:**
(compass N, NE, E, SE, S, SW, W, NW with numbers 1-8)

**PRE-ACCIDENT VEHICLE ACTION**
1. Going Straight Ahead
2. Making Right Turn
16. Making Right Turn on Red
3. Making Left Turn
17. Making Left Turn on Red
4. Making U Turn
5. Starting from Parking
6. Starting in Traffic
7. Slowing or Stopping
8. Stopped in Traffic
9. Entering Parked Position
10. Parked
11. Avoiding Object in Roadway
12. Changing Lanes
13. Passing
14. Merging
15. Backing
18. Police Pursuit
20. Other *

**LOCATION OF FIRST EVENT**
1. On Roadway
2. Off Roadway

**TYPE OF ACCIDENT -- COLLISION WITH**
1. Other Motor Vehicle
2. Pedestrian
3. Bicyclist
4. Animal
5. Railroad Train
6. In-Line Skater
7. Deer
8. Other Pedestrian
10. Other Object (Not Fixed)*

**COLLISION WITH FIXED OBJECT**
11. Light Support/Utility Pole
12. Guide Rail-Not At End
25. Guide Rail-End
13. Crash Cushion
14. Sign Post
15. Tree
16. Building/Wall
17. Curbing
18. Fence
19. Bridge Structure
20. Culvert/Head Wall
21. Median-Not At End
26. Median-End
27. Barrier
22. Snow Embankment
23. Earth Embankment/Rock Cut/Ditch
24. Fire Hydrant
30. Other Fixed Object*

**NO COLLISION**
31. Overturned
32. Fire/Explosion
33. Submersion
34. Ran Off Roadway Only
40. Other*

Vehicle 1 → 19
Vehicle 1 → 20
Vehicle 2 → 21
Vehicle 2 → 22
Vehicle 1 → 23
Vehicle 2 → 24
Vehicle 1 → 25
Vehicle 2 → 26
First Event → 27
First Event → 28
Vehicle 1 → 29
SECOND EVENT
Vehicle 2 → 30

COVER SHEET N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NGM INSURANCE COMPANY,

                        Plaintiff,

   -against-

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,
                      Defendants.
----------------------------------------------------------------x

RESPONSE TO
STATEMENT OF
UNDISPUTED FACTS
OF PLAINTIFF, NGM
INSURANCE COMPANY

Civil Action No.
07-CV-6517

Pursuant to Local Rule 56.1, defendants, PETER J. SLINGERLAND and NANCY SLINGERLAND, by their attorneys, GOLDSTEIN & METZGER, LLP, submit the following response to plaintiff, NGM Insurance Company's statement of undisputed facts:

1. Plaintiff admits those statements contained in paragraphs 1-3, 5-7, 9-10, 12, and 16.

2. With respect to paragraph 4 - defendants admit each portion of the paragraph, except that the 2004 Dodge was operated by Brian J. Blakely as an employee of Blakely Pumping, Inc., not in his capacity as an officer. (See Ex. "G", pgs 4-5, 16).

3. With respect to paragraph 8 - defendants admit each portion of the paragraph, except as to whether coverage for automobiles owned by executive officers of Blakely Pumping, Inc., are provided under the circumstances of this case, is a question for the Court to decide.

4. With respect to paragraph 11 - defendants admit each portion of the paragraph, except that the denial of coverage, as contained in NGM's disclaimer of February 1, 2006, under the Business Liability Policy, was not based upon the ground the automobile accident arose from the Vice President of Blakely Pumping, Inc. using his own vehicle in connection with the business, but upon the Exclusion contained in the Businessowners Liability Coverage form, which states that the insurance does not apply to bodily injury arising out of the use of an auto owned or operated by any insured. (See Ex. "P").

5. With respect to paragraph 13 - defendants deny that portion that states that the First Request for Coverage as a Non-Owned Vehicle was Mr. Goldstein's letter of July 24, 2006. The First Request for Coverage as a Non-Owned Vehicle was Mr. Mainetti's letter to National Grange Mutual on January 3, 2006. (Ex. "P").

6. With respect to paragraph 14 - defendants deny so much of the paragraph which suggests NGM's response was timely and that the language of the endorsement, "Hired Auto and Non-Owned Auto Liability", is clear and affords no coverage in this case. (Ex. "V")

7. With respect to paragraph 15 - defendants admit each portion of the paragraph, except deny that portion which states that NGM's letter of August 4, 2006, clearly explains that under the "Hired Auto and Non-Owned Auto Liability" endorsement, there is no coverage due to the circumstances surrounding Mr. Slingerland's accident. (Ex. "V").

### Defendants, Peter J. Slingerland and Nancy Slingerland, Additional Statement of Material Facts

8. **Blakely Pumping, Inc.'s One Employee.** Blakely Pumping, Inc. had no employees except Brian Blakely. (Ex."G", pg. 5, 12).

9. **Blakely Pumping, Inc. purchased Non-Owned Auto Liability Coverage.** Blakely Pumping, Inc., purchased at the same time it purchased the Businessowners Liability Coverage Form, BP00 06 0197, from plaintiff, NGM, a "Hired Auto and Non-Owned Auto Liability–New York" endorsement, paying an additional premium for this coverage.
(Ex. "Q", pgs 1-2, 8, 32)

10. **Blakely Pumping, Inc. was the Named Insured shown in the Declarations.** Blakely Pumping, Inc. is the Named Insured shown in the Declarations. Although the Declarations actually names "Assential Pumping, Inc.", the name of the corporation was Blakely Pumping, Inc. d/b/a Assential Pumping. No issue has been made that the Named Insured is actually Blakely Pumping, Inc. (Ex. "Q", pg 1).

11. **Amendment of Pleading adding Blakely Pumping, Inc.** On February 9, 2006, defendants, Peter J. Slingerland and Nancy Slingerland, amended their Summons and Verified Complaint to add as a defendant, Blakely Pumping, Inc. d/b/a Assential Pumping, as a defendant in the underlying bodily injury action. (Ex. "B").

12. **Notice to NGM of Amended Pleading adding Blakely Pumping, Inc.** On March 18, 2006, Alfred B. Mainetti, Esq., attorney for the corporation, and on March 20, 2006, Paul J. Goldstein, Esq., sent the Amended pleading adding Blakely Pumping, Inc. in the underlying lawsuit, to plaintiff, NGM. (Exhibits "R" and "S").

13. **Disclaimer Under Wrong Policy.** On March 23, 2006, by letter of Wendy A. Tulowiecki, Senior Claim Representative, NGM, once again, disclaimed coverage for Blakely Pumping, Inc., based under the auto exclusion in Blakely Pumping, Inc.'s, Businessowners Liability Coverage Form, exclusion "g. Aircraft, Auto or Watercraft". (Exs. "T", "Q", pg 11).

14. **"Hired Auto and Non-Owned Auto Liability" Form deletes Exclusion.** The "Hired Auto and Non-Owned Auto Liability " Form, which was in effect for Blakely Pumping, Inc., at the time of the November 3, 2005, accident, deletes exclusion "g" from the Businessowners Liability Coverage Form.

15. **August 4, 2006 was the first time NGM disclaimed based on the Hired Auto and Non-Owned Auto endorsement.** On August 4, 2006, plaintiff, NGM, by letter from Wendy A. Tulowiecki, Senior Claim Representative, disclaimed coverage, for the first time, based upon the "Hired Auto and Non-Owned Auto" endorsement. (Ex. "V").

Dated: Poughkeepsie, New York
April 7, 2008

GOLDSTEIN & METZGER, LLP
Attorneys for Defendants, *Peter J. Slingerland and Nancy Slingerland*

By _____
Paul J. Goldstein, Esq. (9722)
40 Garden Street
Poughkeepsie, NY 12601
Tel. 845/473-7000

TO:   BRILL & ASSOCIATES, P.C.
Attorneys for Plaintiff
111 John Street, Suite 1070
New York, NY 10038

TO:   COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
Attorneys for Blakely Pumping, Inc. d/b/a Assential Pumping, Inc, and Brian J. Blakely
85 Main Street
Kingston, NY 12402

TO:   PROGRESSIVE CASUALTY INSURANCE COMPANY
c/o New York State Superintendent of Insurance
25 Beaver Street
New York, NY 10006

Re: NGM INSURANCE COMPANY
v.
BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING, et al.
Docket No. 07-CV-6517

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF DUTCHESS )

Kendra Knobloch, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Hyde Park, NY,

On April 8, 2008, I served the following:

**CROSS-NOTICE OF MOTION FOR SUMMARY JUDGMENT; AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-NOTICE OF MOTION FOR SUMMARY JUDGMENT, WITH ACCOMPANYING MEMORANDUM OF LAW AND EXHIBITS; RESPONSE TO STATEMENT OF UNDISPUTED FACTS;**

by filing the same via ECF to:

BRILL & ASSOCIATES, P.C.
Attorneys for Plaintiff
111 John Street, Suite 1070
New York, NY 10038

COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
Attorneys for Blakely Pumping, Inc. d/b/a Assential Pumping, Inc.
and Brian J. Blakely
85 Main Street, PO Box 3939
Kingston, NY 12402

PROGRESSIVE CASUALTY INSURANCE COMPANY
c/o New York State Superintendent of Insurance
25 Beaver Street
New York, NY 10006

_____
KENDRA KNOBLOCH

Sworn to before me this

8th day of April, 2008

_____
Notary Public

JEAN A. O'GORMAN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 11-30-2010

Goldstein & Metzger, LLP
40 Garden Street • Poughkeepsie, NY 12601 • (845) 473-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NGM INSURANCE COMPANY,

                     Plaintiff,

-against-                            Docket No. 07-CV-6517

BLAKELY PUMPING, INC. d/b/a ASSENTIAL PUMPING,
BRIAN J. BLAKELY, PETER J. SLINGERLAND, NANCY
SLINGERLAND and PROGRESSIVE CASUALTY
INSURANCE COMPANY,                      Hon. Charles L. Brieant

                     Defendants.

---

## CROSS-NOTICE OF MOTION FOR SUMMARY JUDGMENT;
## AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT;
RESPONSE TO STATEMENT OF UNDISPUTED FACTS

---

### *GOLDSTEIN & METZGER, LLP*
*Attorneys for Defendants, Peter J. Slingerland and Nancy Slingerland*

40 GARDEN STREET
POUGHKEEPSIE, NEW YORK 12601
(845) 473-7000

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: April 7, 2008                    Signature ........................................

                                              Print Signer's Name:  Paul J. Goldstein, Esq.

---

*Service of a copy of the within*                                 *is hereby admitted.*

Dated:                              .........................................
                              *Attorney(s) for*

---

**PLEASE TAKE NOTICE**

[ ]             *that the within is a (certified) true copy of a(n)*
NOTICE OF     *entered in the office of the clerk of the within named Court*
ENTRY         *on*                                     2007

[ ]             *that an Order of which the within is a true copy will be presented for settlement to*
NOTICE OF     *the Hon.*                          *one of the judges of the*
SETTLEMENT  *within named Court at*
                  *on*                                    2007, at     M.

*Dated:*                                                 **GOLDSTEIN & METZGER, LLP**
                                                      Attorneys for Defendants, Slingerland
                                                      40 GARDEN STREET
                                                    POUGHKEEPSIE, NEW YORK 1260
                                                        (845) 473-7000