# Brill & Associates, P.C.

HAYDN J. BRILL[†]
COREY M. REICHARDT[†]
JAIME M. MERRITT[†]
ALANA N. GARDNER[†]
SHAWN MERRITT[††]

[†] NY & NJ
[††] NJ

Attorneys at Law
111 John Street, Suite 1070
New York, New York 10038
(212) 374-9101
Facsimile (212) 374-9108

New Jersey Office
44 Hawthorne Drive
Princeton Junction, N.J.
08550

April 18, 2008

*Application Granted*
*So Ordered*
*April 18, 2008*
*Charles L. Brieant*
*USDJ*

Via Facsimile (914) 390-4085
The Honorable Charles L. Brieant, U.S.D.J.
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn: Alica Cama

Re:  NGM Insurance Company v. Blakely Pumping et al.
     Docket No. 07-CV-6517
     Our File: NGM-1281

Dear Honorable Sir:

    We write as counsel to plaintiff, National Grange Mutual Insurance Company with respect to the above referenced declaratory judgment action. Upon consent of the parties, we respectfully request a one-day adjournment to Monday, April 21, 2008 of the filing of plaintiff's Reply Affirmation in support of plaintiff's Motion for Summary Judgment and in opposition to defendant's Cross Motion for Summary Judgment. We seek an adjournment because the handling attorney is traveling for the Passover holiday today.

    We thank you for your attention in this matter and should you have any questions, please feel free to contact the undersigned.

Very truly yours,

**BRILL & ASSOCIATES, P.C.**

By:  /s/ Haydn J. Brill
     Haydn J. Brill

HJB/jmm

cc:
Paul Goldstein, Esq.
(845) 454- 4783

Robert Cook, Esq.
(845) 331- 1003