# GOLDSTEIN & METZGER, LLP

*attorneys and counselors at law*

Mark J. Metzger
Paul J. Goldstein

Maryanne Quick
Paralegal

40 Garden Street
Poughkeepsie, NY 12601-3106
(845) 473-7000
Facsimile (845) 454-4783
www.goldsteinmetzger.com

April 24, 2008

HAYDN J. BRILL ESQ., Via facsimile (212) 374-9108
BRILL & ASSOCIATES, P.C.
111 JOHN STREET, SUITE 1070
NEW YORK, NEW YORK 10038

ROBERT D. COOK, ESQ., Via facsimile (845) 331-1003
COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
85 MAIN STREET
POST OFFICE BOX 3939
KINGSTON, NEW YORK 12402

      RE:   NGM INSURANCE COMPANY v. BLAKELY PUMPING, INC., ET AL.
             Docket No. 07-CV-6517

Dear Counselors:

    This correspondence will serve to confirm that Honorable Charles Brieant has granted my request for an adjournment of the Oral Argument currently scheduled for May 2, 2008. The new date will be May 9, 2008. Please be sure to mark your calendars accordingly.

    Thank you for your courtesy and cooperation in this matter.

Very truly yours,

GOLDSTEIN & METZGER, LLP

By: _____
Paul J. Goldstein

PJG/jlm

cc:   Honorable Charles Brieant, Via facsimile (914) 390-4085