# GOLDSTEIN & METZGER, LLP

*attorneys and counselors at law*

Mark J. Metzger
Paul J. Goldstein

Maryanne Quick
Paralegal

40 Garden Street
Poughkeepsie, NY 12601-3106
(845) 473-7000
Facsimile (845) 454-4783
www.goldsteinmetzger.com

April 23, 2008

[Stamp: MEMO ENDORSED]

[Handwritten: Application Denied. So Ordered. Charles L. Brieant USDJ]

**VIA FACSIMILE & REGULAR MAIL**

**HON. CHARLES L. BRIEANT**
**U.S. SOUTHERN DISTRICT COURT**
**300 QUARROPAS STREET**
**WHITE PLAINS, NY 10601**

   RE:   NGM INSURANCE COMPANY v. BLAKELY PUMPING, INC., ET AL.
         Docket No. 07-CV-6517

Honorable Brieant:

   I respectfully request a one week adjournment of the Oral Argument now scheduled for May 2, 2008 to May 9, 2008. I have to appear for Oral Argument at the Appellate Division, 2nd Department, in Brooklyn, New York, on May 2, 2008. I have received consent to adjourn this matter from Mr. Robert Cook and Mr. Haydn Brill, attorneys for the other parties.

   Thank you for your time and consideration in this matter.

                                    Respectfully yours,

                                    GOLDSTEIN & METZGER, LLP

                                    By: _____
                                         Paul J. Goldstein

PJG/jlm

cc:   Haydn Brill, Esq., Via facsimile 212-374-9101
      Robert Cook, Esq., Via facsimile 845-331-1003